# Exhibit 2



# County of Fairfax, Virginia

To protect and enrich the quality of life for the people, neighborhoods, and diverse communities of Fairfax County

September 2, 2025

**Electoral Board**

**Katherine K. Hanley**
Chairman

**Kevin R. Pinkney**
Vice Chairman

**Jeffrey K. Shapiro**
Secretary

------------

**General Registrar/
Director of Elections**

**Eric L. Spicer**

JAMESON BOOTH
Chesapeake River Way
FAIRFAX, VA 22030

Dear Voter:

You recently submitted an online application to register on the campus of George Mason University. On your application, you provided your mailing address, but failed to give either the address or name and room number of your on-campus residence. Therefore, your application has not been processed.

The Constitution of Virginia, Article II Section 2, and the Code of Virginia, 24.2-418, require citizens registering to vote to provide their residential address. In the case of students living in the Mason dormitories, the name of the dorm and room number is acceptable in lieu of the street address.

In order that we may process your application in time to be eligible to vote in the next election, you will need to submit your residential address information to our office. You may submit a new voter registration application, or by writing your full name, residential address, year of birth, last four digits of your social security number and signature on a sheet of paper and providing it to our office or scanning the submission and forwarding, as an email attachment, to: voting@fairfaxcounty.gov. You may also fax it to 703-324-2205, or deliver to our office, 12000 Government Center Parkway, Suite 323, Fairfax VA 22035, during normal business hours. Hours are: 8 a.m. to 4:30 p.m. Monday through Friday except Thursday when the hours are 8 a.m. to 7 p.m.

If no response is received within 30 days from the date of this notice, your application will be denied.

If you have any questions on this issue, please contact our office at 703-222-0776 or send an email to voting@fairfaxcounty.gov.

Eric L. Spicer
General Registrar/Director of Elections
Fairfax County, VA



# County of Fairfax, Virginia

To protect and enrich the quality of life for the people, neighborhoods, and diverse communities of Fairfax County

October 2, 2025

**Electoral Board**

**Katherine K. Hanley**
Chairman

**Kevin R. Pinkney**
Vice Chairman

**Jeffrey K. Shapiro**
Secretary

------------

**General Registrar/
Director of Elections**

Eric L. Spicer

Tinuke Princess Robert
Rivanna River Way
Fairfax, VA 22030

Dear Ms. Robert:

You recently submitted an online application to register on the campus of George Mason University. On your application, you failed to provide either the address or name and room number of your on-campus residence, nor did you provide your on-campus mailbox number. Therefore, your application has not been processed.

The Constitution of Virginia, Article II Section 2, and the Code of Virginia, 24.2-418, require citizens registering to vote to provide their residential address. In the case of students living in the Mason dormitories, the name of the dorm and room number is acceptable in lieu of the street address.

In order that we may process your application in time to be eligible to vote in the next election, you will need to submit your residential address information to our office. You may submit a new voter registration application, or by writing your full name, residential address, year of birth, last four digits of your social security number and signature on a sheet of paper and providing it to our office or scanning the submission and forwarding, as an email attachment, to: voting@fairfaxcounty.gov. You may also fax it to 703-324-2205, or deliver to our office, 12000 Government Center Parkway, Suite 323, Fairfax VA 22035, during normal business hours. Hours are: 8 a.m. to 4:30 p.m. Monday through Friday except Thursday when the hours are 8 a.m. to 7 p.m.

If no response is received within 30 days from the date of this notice, your application will be denied.

If you have any questions on this issue, please contact our office at 703-222-0776 or send an email to voting@fairfaxcounty.gov.

Eric L. Spicer
General Registrar/Director of Elections
Fairfax County, VA

 Outlook

## Re: Virginia Voter Registration - Missing Information

From ELE Voter services <voterservices@fairfaxcounty.gov>
Date Thu 10/2/2025 2:12 PM
To tinukerobert09@gmail.com <tinukerobert09@gmail.com>

Correction to previous email: you submitted a *paper* Virginia Voter Registration Application from 09/22/2025.

---

**From:** ELE Voter services
**Sent:** Thursday, October 2, 2025 2:11 PM
**To:** tinukerobert09@gmail.com <tinukerobert09@gmail.com>
**Subject:** Virginia Voter Registration - Missing Information

Dear Voter:

Recently you submitted an online Virginia Voter Registration Application with an invalid George Mason Residential Campus address, and therefore it has not been processed at this time.

Students living on Mason's Fairfax Campus that wish to register to vote **_MUST_** provide:

- **_Residential dorm/hall name, street address, AND dorm/apartment number,_**
- and an on-campus Mail-Stop Address where you receive mail.

Please respond to this email with the missing information so we may process your current application in time for the: November 4th General Election.

**Or log on to the link below to submit a new application:**

- Virginia Citizen Election Portal

Thank you,

Voter Services/SDR Division
Fairfax County Office of Elections
12000 Government Center Pkwy, Suite 323
Fairfax, VA 22035
Phone: (703) 222-0776

/KRM



# County of Fairfax, Virginia

To protect and enrich the quality of life for the people, neighborhoods, and diverse communities of Fairfax County

October 14, 2025

**Electoral Board**

**Katherine K. Hanley**
Chairman

**Kevin R. Pinkney**
Vice Chairman

**Jeffrey K. Shapiro**
Secretary

------------

**General Registrar/
Director of Elections**

Eric L. Spicer

Morgan Aaliyah Poag
4400 University Dr
Fairfax, VA 22030

Dear Ms. Poag:

You recently submitted an online application to register on the campus of George Mason University. On your application, you failed to provide either the address or name and room number of your on-campus residence, nor did you provide your on-campus mailbox number. Therefore, your application has not been processed.

The Constitution of Virginia, Article II Section 2, and the Code of Virginia, 24.2-418, require citizens registering to vote to provide their residential address. In the case of students living in the Mason dormitories, the name of the dorm and room number is acceptable in lieu of the street address.

In order that we may process your application in time to be eligible to vote in the next election, you will need to submit your residential address information to our office. You may submit a new voter registration application, or by writing your full name, residential address, year of birth, last four digits of your social security number and signature on a sheet of paper and providing it to our office or scanning the submission and forwarding, as an email attachment, to: voting@fairfaxcounty.gov. You may also fax it to 703-324-2205, or deliver to our office, 12000 Government Center Parkway, Suite 323, Fairfax VA 22035, during normal business hours. Hours are: 8 a.m. to 4:30 p.m. Monday through Friday.

If no response is received within 30 days from the date of this notice, your application will be denied.

If you have any questions on this issue, please contact our office at 703-222-0776 or send an email to voting@fairfaxcounty.gov.

Eric L. Spicer
General Registrar/Director of Elections
Fairfax County, VA



# County of Fairfax, Virginia

To protect and enrich the quality of life for the people, neighborhoods, and diverse communities of Fairfax County

October 14, 2025

**Electoral Board**

**Katherine K. Hanley**
Chairman

**Kevin R. Pinkney**
Vice Chairman

**Jeffrey K. Shapiro**
Secretary

-------------

**General Registrar/
Director of Elections**

Eric L. Spicer

Ameerah Isabella Aguilar
4400 University Dr
Fairfax, VA 22030

Dear Ms. Aguilar:

You recently submitted an online application to register on the campus of George Mason University. On your application, you failed to provide either the address or name and room number of your on-campus residence, nor did you provide your on-campus mailbox number. Therefore, your application has not been processed.

The Constitution of Virginia, Article II Section 2, and the Code of Virginia, 24.2-418, require citizens registering to vote to provide their residential address. In the case of students living in the Mason dormitories, the name of the dorm and room number is acceptable in lieu of the street address.

In order that we may process your application in time to be eligible to vote in the next election, you will need to submit your residential address information to our office. You may submit a new voter registration application, or by writing your full name, residential address, year of birth, last four digits of your social security number and signature on a sheet of paper and providing it to our office or scanning the submission and forwarding, as an email attachment, to: voting@fairfaxcounty.gov. You may also fax it to 703-324-2205, or deliver to our office, 12000 Government Center Parkway, Suite 323, Fairfax VA 22035, during normal business hours. Hours are: 8 a.m. to 4:30 p.m. Monday through Friday.

If no response is received within 30 days from the date of this notice, your application will be denied.

If you have any questions on this issue, please contact our office at 703-222-0776 or send an email to voting@fairfaxcounty.gov.

Eric L. Spicer
General Registrar/Director of Elections
Fairfax County, VA

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | |
|---|---|
| E-mail: voting@fairfaxcounty.gov | Phone: 703-222-0776 |
| Website: http://www.fairfaxcounty.gov/elections | Fax: 703-324-2205 |

**TO:** SHEAFFEEL C GEDEON
4450 Rivanna River Way # 2062
Fairfax, VA 22030-4441

**DATE:** 10/27/2025

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

_____
ERIC SPICER
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

---

**TO:** HUSEYIN YILMAZ
4400 University Dr # 3G1
Fairfax, VA 22030-4422

**DATE:** 10/27/2025

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

*[signature]*

ERIC SPICER
General Registrar
Fairfax County Office of Elections