# Exhibit 3

# HARRISONBURG CITY
### Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

E-mail: registrar@HarrisonburgVA.gov
Website: https://www.harrisonburgva.gov/registrar

Phone: 540-432-7707
Fax: 540-432-7784

**TO:** SARAH LILAC ANDRESKY

800 S Main St Weaver
Harrisonburg, VA 22807-0001

**DATE:** 10/21/2025

*9/24/2025*

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# HARRISONBURG CITY
Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

E-mail:   registrar@HarrisonburgVA.gov        Phone:   540-432-7707
Website:  https://www.harrisonburgva.gov/registrar     Fax:     540-432-7784

**TO:** EVELYN CLAIRE BATKINS

    800 S Main St # Mcgraw-L

    Harrisonburg, VA 22807-0001

**DATE:** 10/21/2025

*10/01/2025*

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

    Your Voter Registration Application did not:

    ☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# HARRISONBURG CITY
Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

E-mail: registrar@HarrisonburgVA.gov     Phone: 540-432-7707
Website: https://www.harrisonburgva.gov/registrar     Fax: 540-432-7784

**TO:** JACOB CORDELL BLANTON     **DATE:** 10/21/2025

800 S Main ST # Harper     *10/06/2025*
Harrisonburg, VA 22807-0001

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# HARRISONBURG CITY

Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

| | |
|---|---|
| E-mail: registrar@HarrisonburgVA.gov | Phone: 540-432-7707 |
| Website: https://www.harrisonburgva.gov/registrar | Fax: 540-432-7784 |

**TO:** AIDEN ROBERT CHEVALIER

800 S Main St
Harrisonburg, VA 22807-0001

**DATE:** 10/21/2025

*9/24/2025*

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

　　　　Your Voter Registration Application did not:

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# HARRISONBURG CITY
Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

E-mail: registrar@HarrisonburgVA.gov       Phone: 540-432-7707
Website: https://www.harrisonburgva.gov/registrar       Fax: 540-432-7784

**TO:** JENAVIEVE ANN COLLINS         **DATE:** 10/21/2025

1671 Carrier Dr Harrisonburg Va 22807
Harrisonburg, VA 22807-0001

*10/14/2025*

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# HARRISONBURG CITY

Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

E-mail:    registrar@HarrisonburgVA.gov
Website:   https://www.harrisonburgva.gov/registrar

Phone:    540-432-7707
Fax:      540-432-7784

**TO:**    LENA ANN HURRELBRINCK DEVEAUX    **DATE:** 10/21/2025

800 S Main St Box 000 Garber Hall
Harrisonburg, VA 22807-0001

*10/01/2025*

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# HARRISONBURG CITY

Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

E-mail: registrar@HarrisonburgVA.gov
Website: https://www.harrisonburgva.gov/registrar

Phone: 540-432-7707
Fax: 540-432-7784

**TO:** MICHAELA HUIE DO

800 S Main St
Harrisonburg, VA 22807-0001

**DATE:** 10/21/2025

*9/13/2025*

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# HARRISONBURG CITY

Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

E-mail:   registrar@HarrisonburgVA.gov
Website:  https://www.harrisonburgva.gov/registrar

Phone:   540-432-7707
Fax:     540-432-7784

**TO:**   DEVON KYLE HURLEY

800 S Main St
Harrisonburg, VA 22807-0001

**DATE:** 10/21/2025

*10/15/2025*

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# HARRISONBURG CITY

Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

E-mail: registrar@HarrisonburgVA.gov
Website: https://www.harrisonburgva.gov/registrar

Phone: 540-432-7707
Fax: 540-432-7784

**TO:** OWEN WILLIAM LAQUE

800 South Main Street Box # 0000 Chesapeake Hall
Harrisonburg, VA 22807-0001

**DATE:** 10/21/2025

*10/10/2025*

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# HARRISONBURG CITY

Office of Voter Registration
PO Box 1226
Harrisonburg, VA  22803-1226

E-mail:   registrar@HarrisonburgVA.gov
Website:  https://www.harrisonburgva.gov/registrar

Phone:   540-432-7707
Fax:      540-432-7784

**TO:**   SCARLETT DEL VALLE LAREZ

800 S. Main St. Jmu Box# Shenandoah
Harrisonburg, VA  22807-0001

**DATE:**  10/21/2025

*9/24/2025*

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# HARRISONBURG CITY

Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

E-mail: registrar@HarrisonburgVA.gov
Website: https://www.harrisonburgva.gov/registrar

Phone: 540-432-7707
Fax: 540-432-7784

**TO:** FINDLAY RHYS OWENS

800 S Main St Chesapeake Hall Room #432b
Harrisonburg, VA 22807-0001

**DATE:** 10/21/2025

*10/02/2025*

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# HARRISONBURG CITY

Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

E-mail:   registrar@HarrisonburgVA.gov
Website:  https://www.harrisonburgva.gov/registrar

Phone:  540-432-7707
Fax:    540-432-7784

**TO:**   AMA K OWUSU
800 S MAIN ST JMU BOX 5339
ALDIE, VA 20105

**DATE:**  10/21/2025

10/06/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied. You are ineligible to register to vote for the following reason:

You are not a resident of HARRISONBURG CITY.

If you wish to challenge this denial, you may do so by completing the enclosed petition form and filing it with the Clerk of the Circuit Court. If you decide to file this petition, you must pay a fee of ten dollars ($10.00) to the Clerk at the time you file it. Please contact the Clerk of the Circuit Court to determine an accepted method of payment.  You must submit your appeal to the court within ten days of the denial date shown above.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

Rev Date: 2025-07-10

# HARRISONBURG CITY

Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

| | | | |
|---|---|---|---|
| E-mail: | registrar@HarrisonburgVA.gov | Phone: | 540-432-7707 |
| Website: | https://www.harrisonburgva.gov/registrar | Fax: | 540-432-7784 |

**TO:** CADENCE MICHELLE PHILLIPS

800 South Street Box 6563 Eagle Hall
Harrisonburg, VA 22807-0001

**DATE:** 10/21/2025

*09/22/2025*

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

## HARRISONBURG CITY

Office of Voter Registration
PO Box 1226
Harrisonburg, VA  22803-1226

E-mail:   registrar@HarrisonburgVA.gov
Website:  https://www.harrisonburgva.gov/registrar

Phone:  540-432-7707
Fax:    540-432-7784

**TO:**   JOHN IAN SETZER
800 S Main St
Harrisonburg, VA  22807-0001

**DATE:**  10/21/2025

*10/17/2025*

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# HARRISONBURG CITY

Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

E-mail:   registrar@HarrisonburgVA.gov
Website:  https://www.harrisonburgva.gov/registrar

Phone:   540-432-7707
Fax:     540-432-7784

**TO:**   JUSTIN GARRETT VARDA

800 S Main St
Harrisonburg, VA 22807-0001

**DATE:** 10/21/2025

*09/24/2025*

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

| | |
|---|---|
| **From:** | Katrina L. Gerald |
| **Sent:** | Tuesday, October 14, 2025 8:36 AM |
| **To:** | jcollins7307@gmail.com |
| **Subject:** | Voter Registration Denial Notification |
| **Attachments:** | AppealOfDenialRequest (002).docx |

**Office of Voter Registration**
PO Box 1226
HARRISONBURG CITY
Email: mark.finks@HarrisonburgVA.gov
Website: http://www.harrisonburgva.gov/
Phone: 540-432-7707
Fax: 540-432-7784

To: COLLINS , JENAVIEVE ANN
1671 CARRIER DR HARRISONBURG VA 22807
Harrisonburg VA 22807-0001

**Voter Registration Denial Notification**

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied. You are ineligible to register to vote for the following reason:

**JMU students living on main campus must use the following address as their residence, in order to receive mail:**
**800 S. Main St., JMU Box #_____, "residence hall"**
**Harrisonburg, VA  22807**

Please re-apply with the above information.

If you wish to challenge this denial, you may do so by completing the attached petition form and filing it with the Clerk of the Circuit Court. If you decide to file this petition, you must pay a fee of ten dollars ($10.00) to the Clerk at the time you file it. Please contact the Clerk of the Circuit Court to determine an accepted method of payment. You must submit your appeal to the court within ten days of this email.
If you have any questions about this notification, please call the Office of General Registrar.

# Mark Finks

Director of Elections / General Registrar
*State-Certified General Registrar, 2021*
City of Harrisonburg
409 South,Main Street
Harrisonburg, VA 22801
P: 540-432-7707 //  C: 540-435-8992

## Mark D. Finks

**From:** Mark D. Finks
**Sent:** Friday, October 10, 2025 1:24 PM
**To:** laqueow@dukes.jmu.edu
**Subject:** Voter Registration Denial Notification
**Attachments:** rpt_VRDenialNotification.pdf

**Office of Voter Registration**
PO Box 1226
HARRISONBURG CITY
Email: mark.finks@HarrisonburgVA.gov
Website: http://www.harrisonburgVA.gov/
Phone: 540-432-7707
Fax: 540-432-7784

To: OWEN WILLIAM LAQUE
800 South Main Street Box # 0000 Chesapeake Hall
Harrisonburg, VA 22807-0001

**Voter Registration Denial Notification**

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied. You are ineligible to register to vote for the following reason:

Provide a valid Residence Address **Missing PO Box**

If you wish to challenge this denial, you may do so by completing the attached petition form and filing it with the Clerk of the Circuit Court. If you decide to file this petition, you must pay a fee of ten dollars ($10.00) to the Clerk at the time you file it. Please contact the Clerk of the Circuit Court to determine an accepted method of payment. You must submit your appeal to the court within ten days of this email. If you have any questions about this notification, please call the Office of General Registrar.

## Mark Finks

Director of Elections / General Registrar
*State-Certified General Registrar, 2021*
City of Harrisonburg
409 South Main Street
Harrisonburg, VA 22801
**P:** 540-432-7707 //  **C:** 540-435-8992



**Mark D. Finks**

| | |
|---|---|
| **From:** | Ashley N. Dovel |
| **Sent:** | Monday, October 6, 2025 10:38 AM |
| **To:** | jacobblanton582@gmail.com |
| **Subject:** | Voter Registration Application |
| **Attachments:** | JacobBlanton.docx |

Jacob Blanton,

Good morning! Our office recieved your Voter Registration Application.  Please submit a new application please confirm a Box Number for the address. I have also attached a portal for a new application with the full address submitted if you choose. Please contact our office if you have any questions at all. Thank you. Have a great day!

Virginia Voter Information – Citizen Portal

Ashley Dovel

Deputy Registrar, City of Harrisonburg

409 South Main Street

Harrisonburg, VA 22801

540-432-7707 / (f) 540-432-7784

| | |
|---|---|
| **From:** | Katrina L. Gerald |
| **Sent:** | Thursday, October 2, 2025 8:49 AM |
| **To:** | findlayowens@gmail.com |
| **Subject:** | Voter Registration Denial Notification |
| **Attachments:** | AppealOfDenialRequest (002).docx |

**Office of Voter Registration**
PO Box 1226
HARRISONBURG CITY
Email: mark.finks@HarrisonburgVA.gov
Website: http://www.harrisonburgva.gov/
Phone: 540-432-7707
Fax: 540-432-7784

To: <Insert Name>
<Insert Address>

**Voter Registration Denial Notification**

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied. You are ineligible to register to vote for the following reason:

**Your application was missing a JMU box#.  JMU students living on main campus must use the follow address as their residence, in order to receive mail:**
**800 S. Main St., JMU Box #_____, "residence hall"**
**Harrisonburg, VA  22807**

If you wish to challenge this denial, you may do so by completing the attached petition form and filing it with the Clerk of the Circuit Court. If you decide to file this petition, you must pay a fee of ten dollars ($10.00) to the Clerk at the time you file it. Please contact the Clerk of the Circuit Court to determine an accepted method of payment. You must submit your appeal to the court within ten days of this email. If you have any questions about this notification, please call the Office of General Registrar.

# Mark Finks
Director of Elections / General Registrar
*State-Certified General Registrar, 2021*
City of Harrisonburg
409 South Main Street
Harrisonburg, VA 22801
P: 540-432-7707 // C: 540-435-8992

**Mark D. Finks**

| | |
|---|---|
| **From:** | Evelyn Batkins <evelynbatkins@gmail.com> |
| **Sent:** | Wednesday, October 1, 2025 7:48 PM |
| **To:** | Ashley N. Dovel |
| **Subject:** | Re: Voter Registration Application |

**WARNING:** External email. Be cautious when clicking on links or opening attachments.

Amazing, thank you so much!

On Wed, Oct 1, 2025 at 4:27 PM Ashley N. Dovel <Ashley.Dovel@harrisonburgva.gov> wrote:

Dear Evelyn Batkins,

Thank you for your email. Yes, you can register a voter application at home or anywhere you live. It won't cause any hiccups. If you change your mind and what to resubmit an application, just add the Box # after 800 South Main Street. Please contact our office at anytime, if you have questions. We're happy to help. Have a good day. Thanks

Frequently Asked Questions - On-Campus Mail - JMU

Ashley Dovel

Deputy Registrar, City of Harrisonburg

409 South Main Street

Harrisonburg, VA 22801

540-432-7707 / (f) 540-432-7784

---

**From:** Evelyn Batkins <evelynbatkins@gmail.com>
**Sent:** Wednesday, October 1, 2025 12:40 PM
**To:** Ashley N. Dovel <Ashley.Dovel@harrisonburgva.gov>
**Subject:** Re: Voter Registration Application

**WARNING:** External email. Be cautious when clicking on links or opening attachments.

Ms. Dovel,

Thank you for your email regarding my voter registration. As a JMU student, I wanted to register to vote in Harrisonburg, so I followed the instructions given on JMU's website on how to fill out the registration form if you live in a dorm: https://www.jmu.edu/civic/vote/election-guide.shtml#undefined. I understand that the information is incomplete and you require a box number to proceed. I just want to verify that because my registration was denied, it's as though I never filled out an application to begin with, and therefore, I wouldn't be going against any rules if I chose to instead register to vote in my home county to simplify the process. I plan to start the application process over completely with my home address information, but want to verify that this won't cause any hiccups in the process.

Thank you for your time and clarification,
Evelyn Batkins

On Wed, Oct 1, 2025 at 11:32 AM Ashley N. Dovel <Ashley.Dovel@harrisonburgva.gov> wrote:

Dear Evelyn Batkins,

Our office received your voter registration application. Please see the attached letter above and confirm a Box # on your address. I also attached the portal link below if you decide to submit a new application with the full address. Feel free to contact our office if you have any questions.

Virginia Voter Information – Citizen Portal

Ashley Dovel

Deputy Registrar, City of Harrisonburg

409 South Main Street

Harrisonburg, VA 22801

540-432-7707 / (f) 540-432-7784

**Mark D. Finks**

| | |
|---|---|
| **From:** | Ashley N. Dovel |
| **Sent:** | Wednesday, October 1, 2025 4:27 PM |
| **To:** | Evelyn Batkins |
| **Subject:** | Re: Voter Registration Application |

Dear Evelyn Batkins,

Thank you for your email. Yes, you can register a voter application at home or anywhere you live. It won't cause any hiccups. If you change your mind and what to resubmit an application, just add the Box # after 800 South Main Street. Please contact our office at anytime, if you have questions. We're happy to help. Have a good day. Thanks

Frequently Asked Questions - On-Campus Mail - JMU

Ashley Dovel

Deputy Registrar, City of Harrisonburg

409 South Main Street

Harrisonburg, VA 22801

540-432-7707 / (f) 540-432-7784

---

**From:** Evelyn Batkins <evelynbatkins@gmail.com>
**Sent:** Wednesday, October 1, 2025 12:40 PM
**To:** Ashley N. Dovel <Ashley.Dovel@harrisonburgva.gov>
**Subject:** Re: Voter Registration Application

**WARNING: External email. Be cautious when clicking on links or opening attachments.**

Ms. Dovel,

Thank you for your email regarding my voter registration. As a JMU student, I wanted to register to vote in Harrisonburg, so I followed the instructions given on JMU's website on how to fill out the registration form if you live in a dorm: https://www.jmu.edu/civic/vote/election-guide.shtml#undefined. I understand that the information is incomplete and you require a box number to proceed. I just want to verify that because my registration was denied, it's as though I never filled out an application to begin with, and therefore, I wouldn't be going against any rules if I chose to instead register to vote in my home county to simplify the

process. I plan to start the application process over completely with my home address information, but want to verify that this won't cause any hiccups in the process.

Thank you for your time and clarification,
Evelyn Batkins

On Wed, Oct 1, 2025 at 11:32 AM Ashley N. Dovel <[Ashley.Dovel@harrisonburgva.gov](mailto:Ashley.Dovel@harrisonburgva.gov)> wrote:

Dear Evelyn Batkins,

Our office received your voter registration application. Please see the attached letter above and confirm a Box # on your address. I also attached the portal link below if you decide to submit a new application with the full address. Feel free to contact our office if you have any questions.

[Virginia Voter Information – Citizen Portal](#)

Ashley Dovel

Deputy Registrar, City of Harrisonburg

409 South Main Street

Harrisonburg, VA 22801

540-432-7707 / (f) 540-432-7784

**Mark D. Finks**

| | |
|---|---|
| **From:** | Evelyn Batkins <evelynbatkins@gmail.com> |
| **Sent:** | Wednesday, October 1, 2025 12:40 PM |
| **To:** | Ashley N. Dovel |
| **Subject:** | Re: Voter Registration Application |

**WARNING:** External email. Be cautious when clicking on links or opening attachments.

Ms. Dovel,

Thank you for your email regarding my voter registration. As a JMU student, I wanted to register to vote in Harrisonburg, so I followed the instructions given on JMU's website on how to fill out the registration form if you live in a dorm: https://www.jmu.edu/civic/vote/election-guide.shtml#undefined. I understand that the information is incomplete and you require a box number to proceed. I just want to verify that because my registration was denied, it's as though I never filled out an application to begin with, and therefore, I wouldn't be going against any rules if I chose to instead register to vote in my home county to simplify the process. I plan to start the application process over completely with my home address information, but want to verify that this won't cause any hiccups in the process.

Thank you for your time and clarification,
Evelyn Batkins

On Wed, Oct 1, 2025 at 11:32 AM Ashley N. Dovel <Ashley.Dovel@harrisonburgva.gov> wrote:

Dear Evelyn Batkins,

Our office received your voter registration application. Please see the attached letter above and confirm a Box # on your address. I also attached the portal link below if you decide to submit a new application with the full address. Feel free to contact our office if you have any questions.

Virginia Voter Information – Citizen Portal


Ashley Dovel

Deputy Registrar, City of Harrisonburg

409 South Main Street

Harrisonburg, VA 22801

540-432-7707 / (f) 540-432-7784

**Mark D. Finks**

| | |
|---|---|
| **From:** | Ashley N. Dovel |
| **Sent:** | Wednesday, October 1, 2025 11:32 AM |
| **To:** | evelynbatkins@gmail.com |
| **Subject:** | Voter Registration Application |
| **Attachments:** | EVENLYNBATKINS.pdf |

Dear Evelyn Batkins,

Our office received your voter registration application. Please see the attached letter above and confirm a Box # on your address. I also attached the portal link below if you decide to submit a new application with the full address. Feel free to contact our office if you have any questions.

[Virginia Voter Information – Citizen Portal](#)

Ashley Dovel

Deputy Registrar, City of Harrisonburg

409 South Main Street

Harrisonburg, VA 22801

540-432-7707 / (f) 540-432-7784

## Mark D. Finks

**From:** Katrina L. Gerald
**Sent:** Tuesday, September 23, 2025 4:36 PM
**To:** justinvarda508@gmail.com
**Subject:** Voter Registration Denial Notification
**Attachments:** AppealOfDenialRequest (002).docx

**Office of Voter Registration**
PO Box 1226
HARRISONBURG CITY
Email: mark.finks@HarrisonburgVA.gov
Website: http://www.harrisonburgva.gov/
Phone: 540-432-7707
Fax: 540-432-7784

To:
VARDA , JUSTIN GARRETT
800 S. Main St.

**Voter Registration Denial Notification**

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied. You are ineligible to register to vote for the following reason:

**Application was missing a JMU box#.**

**JMU students living on main campus must use the follow address as their residence, in order to receive mail: 800 S. Main St., JMU Box #_____, "residence hall"**
**Harrisonburg, VA  22807**

If you wish to challenge this denial, you may do so by completing the attached petition form and filing it with the Clerk of the Circuit Court. If you decide to file this petition, you must pay a fee of ten dollars ($10.00) to the Clerk at the time you file it. Please contact the Clerk of the Circuit Court to determine an accepted method of payment. You must submit your appeal to the court within ten days of this email. If you have any questions about this notification, please call the Office of General Registrar.



Katrina L. Gerald
Deputy Registrar, Office of Elections

## Mark D. Finks

**From:** Katrina L. Gerald
**Sent:** Tuesday, September 23, 2025 4:32 PM
**To:** sdlarez07@gmail.com
**Subject:** Voter Registration Denial Notification

**Office of Voter Registration**
PO Box 1226
HARRISONBURG CITY
Email: mark.finks@HarrisonburgVA.gov
Website: http://www.harrisonburgva.gov/
Phone: 540-432-7707
Fax: 540-432-7784

To: Larez, Scarlett
800

**Voter Registration Denial Notification**

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied. You are ineligible to register to vote for the following reason:

Your application was missing a JMU box#

**JMU students living on main campus must use the follow address as their residence, in order to receive mail:**
**800 S. Main St., JMU Box #_____, "residence hall"**
**Harrisonburg, VA  22807**

If you wish to challenge this denial, you may do so by completing the attached petition form and filing it with the Clerk of the Circuit Court. If you decide to file this petition, you must pay a fee of ten dollars ($10.00) to the Clerk at the time you file it. Please contact the Clerk of the Circuit Court to determine an accepted method of payment. You must submit your appeal to the court within ten days of this email. If you have any questions about this notification, please call the Office of General Registrar.



Katrina L. Gerald
Deputy Registrar, Office of Elections
City of Harrisonburg
409 South Main St.

## Mark D. Finks

| | |
|---|---|
| **From:** | Katrina L. Gerald |
| **Sent:** | Tuesday, September 23, 2025 4:27 PM |
| **To:** | sarahlilac01@icloud.com |
| **Subject:** | Voter Registration Denial Notification |

**Office of Voter Registration**
PO Box 1226
HARRISONBURG CITY
Email: mark.finks@HarrisonburgVA.gov
Website: http://www.harrisonburgva.gov/
Phone: 540-432-7707
Fax: 540-432-7784

To:
ANDRESKY , SARAH LILAC
800 S. Main St.
Harrisonburg

**Voter Registration Denial Notification**

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied. You are ineligible to register to vote for the following reason:

**Application was missing the JMU box#**

**JMU students living on main campus must use the follow address as their residence, in order to receive mail:**
**800 S. Main St., JMU Box #_____, "residence hall"**
**Harrisonburg, VA  22807**

If you wish to challenge this denial, you may do so by completing the attached petition form and filing it with the Clerk of the Circuit Court. If you decide to file this petition, you must pay a fee of ten dollars ($10.00) to the Clerk at the time you file it. Please contact the Clerk of the Circuit Court to determine an accepted method of payment. You must submit your appeal to the court within ten days of this email. If you have any questions about this notification, please call the Office of General Registrar.



Katrina L. Gerald
Deputy Registrar, Office of Elections

City of Harrisonburg
409 South Main St.
Harrisonburg, VA 22801
540-432-7707 phone, 540-432-7784 fax
katrina.gerald@harrisonburgva.gov

| | |
|---|---|
| **From:** | Katrina L. Gerald |
| **Sent:** | Tuesday, September 23, 2025 8:46 AM |
| **To:** | collinnc@dukes.jmu.edu |
| **Subject:** | Voter Registration Denial Notification |

**Office of Voter Registration**
PO Box 1226
HARRISONBURG CITY
Email: mark.finks@HarrisonburgVA.gov
Website: http://www.harrisonburgva.gov/
Phone: 540-432-7707
Fax: 540-432-7784

To: Noah Collins
James Madison University

**Voter Registration Denial Notification**

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied. You are ineligible to register to vote for the following reason:

**You provide a Residence address that is not valid. Please reapply with the below format.**

**JMU students living on main campus must use the follow address as their residence, in order to receive mail:**
**800 S. Main St., JMU Box #_____, "residence hall"**
**Harrisonburg, VA  22807**

If you wish to challenge this denial, you may do so by completing the attached petition form and filing it with the Clerk of the Circuit Court. If you decide to file this petition, you must pay a fee of ten dollars ($10.00) to the Clerk at the time you file it. Please contact the Clerk of the Circuit Court to determine an accepted method of payment. You must submit your appeal to the court within ten days of this email. If you have any questions about this notification, please call the Office of General Registrar.



Katrina L. Gerald
Deputy Registrar, Office of Elections
City of Harrisonburg
409 South Main St.
Harrisonburg, VA 22801

**Mark D. Finks**

| | |
|---|---|
| **From:** | Ashley N. Dovel |
| **Sent:** | Monday, September 22, 2025 3:35 PM |
| **To:** | emilydyer25@gmail.com |
| **Subject:** | Voter Registration Application |
| **Attachments:** | Dyer.pdf |

This office has received your Virginia Voter Registration Application.

 A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. Please contact our office if you have any questions.  Have a great day!

Virginia Voter Information – Citizen Portal

Ashley Dovel

Deputy Registrar, City of Harrisonburg

409 South Main Street

Harrisonburg, VA 22801

540-432-7707 / (f) 540-432-7784

## Mark D. Finks

| | |
|---|---|
| **From:** | Ashley N. Dovel |
| **Sent:** | Monday, September 22, 2025 2:56 PM |
| **To:** | cadence.phillips06@gmail.com |
| **Subject:** | Voter Registration Application |
| **Attachments:** | Phillips.pdf |

Dear Cadence Phillips,

Please find the above attached copy of your application notice and link to the application portal. We where unable to process your application due to the street address. Contact our office if you have any questions. Have a great day.

Virginia Voter Information – Citizen Portal

Ashley Dovel

Deputy Registrar, City of Harrisonburg

409 South Main Street

Harrisonburg, VA 22801

540-432-7707 / (f) 540-432-7784

| | |
|---|---|
| **From:** | Lisa P. McDonald |
| **Sent:** | Friday, September 12, 2025 2:22 PM |
| **To:** | do3mh@dukes.jmu.edu |
| **Subject:** | Voter Registration Denial Notification |
| **Attachments:** | AppealOfDenialRequest.docx |

**Office of Voter Registration**
PO Box 1226
HARRISONBURG CITY
Email: mark.finks@HarrisonburgVA.gov
Website: http://www.harrisonburgva.gov/
Phone: 540-432-7707
Fax: 540-432-7784

**To: Michaela Do**
**800 S. Main St.**

**Voter Registration Denial Notification**

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied. You are ineligible to register to vote for the following reason:

**You did not put the JMU Box number after 800 S. Main Street.**
**JMU students living on main campus must use the follow address as their residence, in order to receive mail:**
**800 S. Main St., JMU Box #_____, "residence hall"**
**Harrisonburg, VA  22807**

If you wish to challenge this denial, you may do so by completing the attached petition form and filing it with the Clerk of the Circuit Court. If you decide to file this petition, you must pay a fee of ten dollars ($10.00) to the Clerk at the time you file it. Please contact the Clerk of the Circuit Court to determine an accepted method of payment. You must submit your appeal to the court within ten days of this email. If you have any questions about this notification, please call the Office of General Registrar.

**Lisa P. McDonald**
Chief Deputy Registrar
City of Harrisonburg
409 South Main Street
Harrisonburg, VA 22801
lisa.mcdonald@harrisonburgva.gov
P: 540-432-7707

**Mark D. Finks**

| | |
|---|---|
| **From:** | Lisa P. McDonald |
| **Sent:** | Thursday, September 11, 2025 2:20 PM |
| **To:** | ATOBIN033@GMAIL.COM |
| **Subject:** | Voter Registration Application |
| **Attachments:** | TOBIN.pdf |

Dear Ms. Tobin,

Please see the attached letter regarding your recently submitted Voter Registration Application. You may reapply to vote at www.vote.elections.virginia.gov . If you have any questions, please contact our office.

**Lisa P. McDonald**
Chief Deputy Registrar
City of Harrisonburg
409 South Main Street
Harrisonburg, VA 22801
lisa.mcdonald@harrisonburgva.gov
P: 540-432-7707