# Exhibit 4

## Voter Overview

**Name:** PHAN , COURTNEY TRIEV-VY
**Voter ID:** 459802927
**Date of Birth:** XX/XX/2006
**Language Preference:** English

**Verify ID**

**Status:** DENIED
**Locality:** RICHMOND CITY
**Precinct:**

**SSN:** XXX-XX-5656
**Address:** 711 W Main St
RichmondVA23220-5508 Residential

✓ Verified

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|---|
| 10/23/2025 | | | ENG_Voter Registration Denial Notice | 459802927 | RICHMOND CITY | Yes | No | | |

# RICHMOND CITY

Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

| | |
|---|---|
| E-mail: vote@rva.gov | Phone: 804-646-5950 |
| Website: http://rva.gov/elections | Fax: 804-646-7848 |

**TO:** GINEVRA MARGARET ALPHEN

1000 W Grace St # Grace
Richmond, VA 23220-3611

**DATE:** 10/23/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

VCU students should provide their dorm address, including apartment or dorm number, as their residence address when registering to vote. Since dorms do not receive mail directly, the mailing center address is used as the mailing address. Providing both addresses helps ensure the registration is completed successfully. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview

**Name:** ALPHEN , GINEVRA MARGARET
**Voter ID:** 054622160
**Date of Birth:** XX/XX/2002
**Language Preference:** English

**Status:** DENIED
**Locality:** RICHMOND CITY
**Precinct:**

**SSN:** XXX-XX-8336
**Address:** 1000 W Grace St # Grace
Richmond VA 23220-3611

✓ Verified
**Commercial**

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 🔍 🖶 |
| | | | | | | | | | ✏ | 🔍 🖶 |
| 10/23/2025 | | | ENG_Voter Registration Denial Notice | 054622160 | RICHMOND CITY | Yes | No | | | |

**RICHMOND CITY**
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

| | |
|---|---|
| E-mail: vote@rva.gov | Phone: 804-646-5950 |
| Website: http://rva.gov/elections | Fax: 804-646-7848 |

**TO:** GINEVRA MARGARET ALPHEN          **DATE:** 10/23/2025

1000 W Grace St # Grace Apt 4100
Richmond, VA 23220-3611

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

VCU students should provide their dorm address, including apartment or dorm number, as their residence address when registering to vote. Since dorms do not receive mail directly, the mailing center address is used as the mailing address. Providing both addresses helps ensure the registration is completed successfully. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview

**Name:** ALPHEN , GINEVRA MARGARET
**Voter ID:** 306766490
**Date of Birth:** XX/XX/2002
**Language Preference:** English

**Status:** DENIED
**Locality:** RICHMOND CITY
**Precinct:**

**SSN:** XXX-XX-8336
**Address:** 1000 W Grace St # Grace Apt 4100
Richmond VA 23220-3611

✓ Verified

**Commercial**

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/23/2025 | | | ENG_Voter Registration Denial Notice | 306766490 | RICHMOND CITY | Yes | No | | |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:  804-646-5950
Fax:    804-646-7848

**TO:**   MAANE AMANKUA

711 W Main St
Richmond, VA  23220-5508

**DATE:**  10/21/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

**Voter Overview** 🔍 📄

Name: AMANKUA , MAANE
Voter ID: 0245113867
Date of Birth: XX/XX/2007
Language Preference: English

Status: **DENIED**
Locality: **RICHMOND CITY**
Precinct:

SSN: XXX-XX-4366
Address: 711 W Main St
Richmond VA 23220-5508 ✓ Verified **Residential**

**Verify ID**

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|
| 8/20/2025 | | | ENG_Voter Registration Denial Notice | 0245113867 | RICHMOND CITY | Yes | No | 🔍 ✏️ |

2025-07-10

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail: vote@rva.gov
Website: http://rva.gov/elections

Phone: 804-646-5950
Fax: 804-646-7848

**TO:** REDETE CHALACHEW AMSALU

710 W Franklin St
Richmond, VA 23220-4106

**DATE:** 10/21/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

Form ELECT-427

Rev Date: 2025-07-10

## Voter Overview

**Name:** AMSALU , REDETE CHALACHEW
**Voter ID:** 021614275
**Date of Birth:** XX/XX/2007 **Election:** DISTRICT 2
**Language Preference:** English

CD: 04 SEN: 014 HSE: 078 Election: DISTRICT 2
**Verify ID**

**Status:** **DENIED**
**Locality:** **RICHMOND CITY**
**Precinct:** 214 - TWO HUNDRED FOURTEEN

**SSN:** XXX-XX-9675
**Address:** 710 W Franklin St
RichmondVA23220-4106 **Residential**

✓**Verified**

## Correspondence

☑ Display All Localities

**Add Correspondence**

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|
| 8/20/2025 | | | ENG_Voter Registration Denial Notice | 021614275 | RICHMOND CITY | Yes | No | ✏ |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

| | |
|---|---|
| E-mail: vote@rva.gov | Phone: 804-646-5950 |
| Website: http://rva.gov/elections | Fax: 804-646-7848 |

**TO:** EVAN ROLAND BESSEY
711 W Main St
Richmond, VA 23220-5508

**DATE:** 10/21/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 🔍 🔁

**Name:** BESSEY , EVAN ROLAND
**Voter ID:** 794801405
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Verify ID**

**Status:** DENIED
**Locality:** RICHMOND CITY
Precinct:

**SSN:** XXX-XX-0113
**Address:** 711 W Main St
Richmond VA 23220-5508 ✓Verified Residential

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter_ID | Locality | System Generated | Undeliverable | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|
| 8/20/2025 | | | ENG_Voter Registration Denial Notice | 794801405 | RICHMOND CITY | Yes | No | 🖊 |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail: vote@rva.gov
Website: http://rva.gov/elections

Phone: 804-646-5950
Fax: 804-646-7848

**TO:** ASVITA BONTHAGERLA
711 W Main St
Richmond, VA 23220-5508

**DATE:** 10/21/2025

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

VCU Students must have dorm address including apartment number for residence address. If you have any questions about this notification, please call the General Registrar's Office.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 🔍 ✏️

**Name:** BONTHAGERLA , ASVITA
**Voter ID:** 009644054
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Verify ID**

**Status:** **DENIED**
**Locality:** **RICHMOND CITY**
**Precinct:**

**SSN:** XXX-XX-0639
**Address:** 711 W Main St
RichmondVA23220-5508 **Residential**

✓ Verified

## Correspondence

☑ Display All Localities

**Add Correspondence**

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|---|
| | | | | | | | | | 🔍 |
| 10/20/2025 | | | ENG_Voter Registration Denial Notice | 009644054 | RICHMOND CITY | Yes | No | ✏️ | 🖨️ |

## RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:  804-646-5950
Fax:    804-646-7848

**TO:**   BLAINE GALLACHER BRANNOR

**DATE:**  10/21/2025

711 W Main St
Richmond, VA  23220-5508

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

**Voter Overview** 🔍 👤

**Name:** BRANNOR., BLAINE GALLACHER
**Voter ID:** 008487512
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Verify ID**

**Status:** **DENIED**
**Locality:** **RICHMOND CITY**
**Precinct:**

**SSN:** XXX-XX-3732
**Address:** 711 W Main St
Richmond VA 23220-5508 **Residential** ✓Verified

**Correspondence**

☑ Display All Localities

**Add Correspondence**

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|---|
| 8/20/2025 | | | ENG_Voter Registration Denial Notice | 008487512 | RICHMOND CITY | Yes | No | 🔍 | 🖊 |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail: vote@rva.gov
Website: http://rva.gov/elections

Phone: 804-646-5950
Fax: 804-646-7848

**TO:** TIMOTHY JOSEPH BROWN

830 W Grace St
Richmond, VA 23220-4123

**DATE:** 10/21/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

VCU Students must have dorm address including apartment number for residence address. As well as the mailing center and apartment number for the mailing address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview

**Name:** BROWN , TIMOTHY JOSEPH
**Voter ID:** 059052131
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Status:** DENIED
**Locality:** RICHMOND CITY
Precinct:

**SSN:** XXX-XX-8587
**Address:** 830 W Grace St
Richmond VA 23220-4123 Residential
✓ Verified

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|
| 8/21/2025 | | | ENG_Voter Registration Denial Notice | 059052131 | RICHMOND CITY | Yes | No |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail: vote@rva.gov
Website: http://rva.gov/elections

Phone: 804-646-5950
Fax: 804-646-7848

**TO:** AMANDA CHRISTINE CAMPBELL

710 W Franklin St
Richmond, VA 23220-4106

**DATE:** 10/21/2025

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 

**Name:** CAMPBELL, AMANDA CHRISTINE
**Voter ID:** 149590172
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Status:** **ACTIVE**
**Locality:** **HANOVER COUNTY**
**Precinct:** 208 - OAK KNOLL

**SSN:** XXX-XX-1417
**Address:** 12085 Cheroy Woods Ct
AshlandVA23005-7934

✔ **Verified**
**Residential**

CD: 01   SEN: 026   HSE: 060   **Election:** BEAVERDAM DISTRICT

### Correspondence

☑ Display All Localities

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|---|---|---|---|---|---|---|---|---|---|
| 9/22/2025 | | | ENG_Voter Registration Denial Notice | 149590172 | RICHMOND CITY | Yes | No | ✎ ⚲ | 🖶 |
| 11/25/2024 | | | ENG_Voter Cards | 149590172 | HANOVER COUNTY | Yes | No | | |
| 8/8/2024 | | | ENG_Pre-Registration Acknowledgement | 149590172 | HANOVER COUNTY | Yes | No | | |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:    vote@rva.gov
Website:   http://rva.gov/elections

Phone:  804-646-5950
Fax:    804-646-7848

**TO:**   AUDREY CHEN

**DATE:**  10/21/2025

1000 W Grace St Apt 3125
Richmond, VA  23220-3611

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Vcu Students must have dorm address including apartment number for residence address. As well as the mailing center and apartment number for the mailing address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

**Voter Overview** 🔍 ♻

**Name:** CHEN, AUDREY
**Voter ID:** 067699899
**Date of Birth:** XX/XX/2005
**Language Preference:** English

**Status: ACTIVE**
**Locality: RICHMOND CITY**
**Precinct:** 214 - TWO HUNDRED FOURTEEN

**SSN:** XXX-XX-6807
**Address:** 835 W Grace St Apt 5156A
RichmondVA23220-4122

✓verified
**Residential**

CD: 04  SEN: 014  HSE: 078  Election: DISTRICT 2

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|---|---|
| 10/15/2025 | | | Certificate of Mailing | 067699899 | RICHMOND CITY | Yes | No | 🖊 | 🔍 | 🗐 |
| 10/15/2025 | | | ENG_Voter Registration Denial Notice | 067699899 | RICHMOND CITY | Yes | No | 🖊 | 🔍 | 🗐 |
| 10/15/2025 | | | ABS Mailing Labels | 067699899 | RICHMOND CITY | Yes | No | 🖊 | 🔍 | 🗐 |
| 11/14/2024 | | | ENG_Voter Information Notice | 067699899 | RICHMOND CITY | Yes | No | 🖊 | 🔍 | 🗐 |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:    vote@rva.gov
Website:  http://rva.gov/elections

Phone:   804-646-5950
Fax:      804-646-7848

**TO:**   CARTER DAMIEN CLARK

711 W Main St
Richmond, VA 23220-5508

**DATE:**  10/21/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview

**Name:** CLARK , CARTER DAMIEN
**Voter ID:** 048990284
**Date of Birth:** XX/XX/2006
**Language Preference:** English

**Status:** **DENIED**
**Locality:** **RICHMOND CITY**
Precinct:

**SSN:** XXX-XX-9048
**Address:** 711 W Main St
RichmondVA23220-5508 **Residential** ✓Verified

Verify ID

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|
| 8/21/2025 | | | ENG_Voter Registration Denial Notice | 048990284 | RICHMOND CITY | Yes | No |



# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

| | |
|---|---|
| E-mail: vote@rva.gov | Phone: 804-646-5950 |
| Website: http://rva.gov/elections | Fax: 804-646-7848 |

**TO:** CARTER DAMIEN CLARK  **DATE:** 10/21/2025

711 W Main St
Richmond, VA 23220-5508

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

David Levine

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview

**Name:** CLARK , CARTER DAMIEN
**Voter ID:** 718980199
**Date of Birth:** XX/XX/2006
**Language Preference:** English

**Status:** ACTIVE
**Locality:** PRINCE WILLIAM COUNTY
**Precinct:** 305 - FOREST PARK

**SSN:** XXX-XX-5048
**Address:** 15578 Catamaran Ct
DumfriesVA22025-1248

✔Verified
Residential

CD: 07   SEN: 029   HSE: 024   **Election:** POTOMAC DISTRICT

## Correspondence
☑ Display All Localities

| Date Sent | Reprint | Original Sent | Type | Voter_ID | Locality | System Generated | Undeliverable | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ✏ Q | 🔍🖨 |
| 10/3/2025 | | | ENG_Voter Registration Denial Notice | 718980199 | RICHMOND CITY | Yes | No | | |
| 12/10/2024 | | | ENG_Voter Information Notice | 718980199 | PRINCE WILLIAM COUNTY | Yes | No | | |
| 11/15/2024 | | | ENG_Voter Information Notice | 718980199 | PRINCE WILLIAM COUNTY | Yes | No | | |



# RICHMOND CITY

Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail: vote@rva.gov
Website: http://rva.gov/elections

Phone: 804-646-5950
Fax: 804-646-7848

**TO:** ITALIA MARIE COLUMNA

**DATE:** 10/21/2025

710 W Franklin St
Richmond, VA 23220-4106

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

Rev Date: 2025-07-10

## Voter Overview

**Name:** COLUMNA , ITALIA MARIE
**Voter ID:** 159702948
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Status:** **DENIED**
**Locality:** **RICHMOND CITY**
Precinct:

**SSN:** XXX-XX-3687
**Address:** 710 W Franklin St
RichmondVA23220-4106 **Residential**

✓Verified

### Verify ID

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|
| 8/21/2025 | | | ENG_Voter Registration Denial Notice | 159702948 | RICHMOND CITY | Yes | No |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:   vote@rva.gov                          Phone:   804-646-5950
Website:  http://rva.gov/elections              Fax:     804-646-7848

**TO:**   GRANT DEVENPORT DE HOOG                 **DATE:**   10/21/2025

410 Westhampton Way
Richmond, VA  23173-0006

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

The address 410 Westhampton Way (University Mailing Center) may not be used as a residence address. Students must list their dormitory address. The Mailing Center address (410 Westhampton Way) may be used only as a mailing address, and it must include your Mailbox or Apartment Number. If you have any questions about this notification, please call the General Registrar's Office.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 🔍 ↻

**Name:** DE HOOG , GRANT DEVENPORT  
**Voter ID:** 134238565  
**Date of Birth:** XX/XX/2007  
**Language Preference:** English

**Status:** **DENIED**  
**Locality:** **RICHMOND CITY**  
**Precinct:**

**SSN:** XXX-XX-6302  
**Address:** 410 Westhampton Way  
Richmond VA 23173-0006

✓Verified

**Commercial**

## Correspondence
☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|---|
| | | | | | | | | | 🔍 |
| 8/15/2025 | | | ENG_Voter Registration Denial Notice | 134238565 | RICHMOND CITY | Yes | No | ✏ | |

# RICHMOND CITY

Office of Voter Registration
P O Box 61037
Richmond, VA  23286-9316

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:   804-646-5950
Fax:       804-646-7848

**TO:**   SCARLET AUSTIN EMMERSON

**DATE:**   10/21/2025

835 W Grace St Apt 2110
Richmond, VA  23220-4122

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

VCU Students must have dorm address including apartment number for residence address. As well as the mailing center and apartment number for the mailing address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview

**Name:** EMMERSON , SCARLET AUSTIN
**Voter ID:** 007228689
**Date of Birth:** XX/XX/2006
**Language Preference:** English

**Status:** ACTIVE
**Locality:** FAIRFAX COUNTY
**Precinct:** 718 - PINE RIDGE

**SSN:** XXX-XX-7808
**Address:** 3354 Contessa Ct
Annandale VA 22003-1118 **Residential** ✓ Verified

**CD:** 11  **SEN:** 035  **HSE:** 012  **Election:** PROVIDENCE DISTRICT

## Correspondence

☑ Display All Localities

| Date Sent | Reprint | Original Sent | Type | Voter_ID | Locality | System Generated | Undeliverable | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|
| | | | ENG_Absentee Ballot Application Notification | 007228689 | FAIRFAX COUNTY | Yes | No | |
| 10/20/2025 | | | ENG_Voter Registration Denial Notice | 007228689 | RICHMOND CITY | Yes | No | |
| 12/9/2024 | | | ENG_Voter Information Notice | 007228689 | FAIRFAX COUNTY | Yes | No | |

# RICHMOND CITY

Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:   804-646-5950
Fax:      804-646-7848

**TO:**   PAUL R FINGER

**DATE:**   10/21/2025

711 W Main St
Richmond, VA 23220-5508

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 🔍 ✏️

**Name:** FINGER , PAUL R
**Voter ID:** 349961092
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Status:** DENIED
**Locality:** RICHMOND CITY
**Precinct:**

**SSN:** XXX-XX-1051
**Address:** 711 W Main St
Richmond VA 23220- 5508 **Residential** ✓ Verified

## Correspondence

☑ Display All Localities

**Add Correspondence**

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|
| | | | | | | | | 🔍 🖶 |
| 10/1/2025 | | | ENG_Voter Registration Denial Notice | 349961092 | RICHMOND CITY | Yes | No | ✏️ |

# RICHMOND CITY

Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail: vote@rva.gov
Website: http://rva.gov/elections

Phone: 804-646-5950
Fax: 804-646-7848

**TO:** ADRIANNA KRISHNA GRIMES

710 W Franklin St
Richmond, VA 23220-4106

**DATE:** 10/21/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 🔍 ✎

**Name:** GRIMES , ADRIANNA KRISHNA  
**Voter ID:** 329988074  
**Date of Birth:** xx/xx/2006  
**Language Preference:** English

**Status:** **DENIED**  
**Locality:** **RICHMOND CITY**  
**Precinct:**

**SSN:** XXX-XX-5585  
**Address:** 710 W Franklin St  
RichmondVA23220-4106 **Residential** ✓Verified

**Verify ID**

## Correspondence
✓ Display All Localities

**Add Correspondence**

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|
| 8/19/2025 | | | ENG_Voter Registration Denial Notice | 329988074 | RICHMOND CITY | Yes | No | ✎ 🔍 🖨 |

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:   804-646-5950
Fax:     804-646-7848

**TO:**   MADELYN LOUISE GUALDONI

**DATE:** 10/21/2025

710 W Franklin St
Richmond, VA 23220-4106

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied. You are ineligible to register to vote for the following reason:

> You are not a resident of RICHMOND CITY.

If you wish to challenge this denial, you may do so by completing the enclosed petition form and filing it with the Clerk of the Circuit Court. If you decide to file this petition, you must pay a fee of ten dollars ($10.00) to the Clerk at the time you file it. Please contact the Clerk of the Circuit Court to determine an accepted method of payment. You must submit your appeal to the court within ten days of the denial date shown above.

If you have any questions about this notification, please call the Office of General Registrar.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 🔍 ℰ

**Name:** GUALDONI , MADELYN LOUISE
**Voter ID:** 417593997
**Date of Birth:** XX/XX/2006
**Language Preference:** English

**Status:** ACTIVE
**Locality:** VIRGINIA BEACH CITY
**Precinct:** 028 - PRECINCT 28

**SSN:** XXX-XX-8919
**Address:** 4022 Roebling Ln
Virginia BeachVA23452-1869 **Residential** ✓ verified

**CD:** 02 **SEN:** 020 **HSE:** 099 **Election:** DISTRICT 8

## Correspondence
☑ Display All Localities

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|---|
| | | | | | | | | 🔍 | 🖨 |
| 10/8/2025 | | | ENG_Voter Registration Denial Notice | 417593997 | RICHMOND CITY | Yes | No | ✏ 🔍 | |
| 12/6/2024 | | | ENG_Voter Information Notice | 417593997 | VIRGINIA BEACH CITY | Yes | No | | |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA  23286-9316

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:   804-646-5950
Fax:      804-646-7848

**TO:**   ADAM JOSHUA HAWKINS
710 W Franklin St
Richmond, VA  23220-4106

**DATE:**  10/21/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

# Voter Overview

**Name:** HAWKINS, ADAM JOSHUA
**Voter ID:** 666998991
**Date of Birth:** XX/XX/2006
**Language Preference:** English

**Status:** DENIED
**Locality:** RICHMOND CITY
**Precinct:**

**SSN:** XXX-XX-9963
**Address:** 710 W Franklin St
RichmondVA23220-4106 Residential ✓verified

**Verify ID**

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|
| 8/19/2025 | | | ENG_Voter Registration Denial Notice | 666998991 | RICHMOND CITY | Yes | No |

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:   804-646-5950
Fax:     804-646-7848

**TO:**   COLE LEE HOLLAND

721 W Main St Apt 3045
Richmond, VA 23220-5508

**DATE:**   10/21/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

VCU students cannot use dorm address without including the mailing center address on voter registration application. VCU students must provide both addresses in order to register to vote. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview

**Name:** HOLLAND, COLE LEE
**Voter ID:** 421878079
**Date of Birth:** XX/XX/2005
**Language Preference:** English

**Verify ID**

**Status:** DENIED
**Locality:** RICHMOND CITY
**Precinct:**

**SSN:** XXX-XX-9511
**Address:** 721 W Main St Apt 3045
Richmond VA 23220-5508

✓ Verified
**Commercial**

## Correspondence

✓ Display All Localities

**Add Correspondence**

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|
| 8/22/2025 | | | ENG_Voter Registration Denial Notice | 421878079 | RICHMOND CITY | Yes | No |

# RICHMOND CITY

Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail: vote@rva.gov
Website: http://rva.gov/elections

Phone: 804-646-5950
Fax: 804-646-7848

**TO:** JENNIFER ALEXANDRA JIMENEZ ACOSTA

830 W Grace St
Richmond, VA 23220-4123

**DATE:** 10/21/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

VCU Students must have dorm address including apartment number for residence address. As well as the mailing center and apartment number for the mailing address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

# Voter Overview

**Name:** JIMENEZ ACOSTA , JENNIFER ALEXANDRA
**Voter ID:** 018316969
**Date of Birth:** XX/XX/2006
**Language Preference:** English

**Status:** DENIED
**Locality:** RICHMOND CITY
Precinct:

**SSN:** XXX-XX-1442
**Address:** 830 W Grace St
Richmond VA 23220-4123 Residential    ✓Verified

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|---|
| 10/21/2025 | | | ENG_Voter Registration Denial Notice | 018316969 | RICHMOND CITY | Yes | No | ✎ | 🔍 |

# RICHMOND CITY

Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:   804-646-5950
Fax:      804-646-7848

**TO:**   EESHA KAURA

711 W Main St
Richmond, VA 23220-5508

**DATE:**   10/21/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Vcu Students must have dorm address including apartment number for residence address. As well as the mailing center and apartment number for the mailing address. If you have any questions about this notification, please call the General Registrar's Office.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 

**Name:** KAURA , EESHA
**Voter ID:** 538985360
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Status:** ACTIVE
**Locality:** PRINCE GEORGE COUNTY
**Precinct:** 103 - UNION BRANCH

**SSN:** XXX-XX-0439
**Address:** 11213 Lancaster Dr
Disputanta VA 23842-4554 **Residential**  ✓Verified

**CD:** 04  **SEN:** 013  **HSE:** 082  **Election:** DISTRICT 1

## Correspondence

☑ Display All Localities

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|---|
| 10/21/2025 | | | ENG_Voter Registration Denial Notice | 538985360 | RICHMOND CITY | Yes | No | ✏ | 🔍 |
| 11/19/2024 | | | ENG_Voter Information Notice | 538985360 | PRINCE GEORGE COUNTY | Yes | No | | |
| 4/4/2024 | | | ENG_Pre-Registration Acknowledgement | 538985360 | PRINCE GEORGE COUNTY | Yes | No | | |

E-mail: vote@rva.gov
Website: http://rva.gov/elections

Phone: 804-646-5950
Fax: 804-646-7848

**TO:** TAYSHAWN ROLANDO KNIGHT
711 W Main St
Richmond, VA 23220-5508

**DATE:** 10/22/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied. You are ineligible to register to vote for the following reason:

You are not a resident of RICHMOND CITY.

If you wish to challenge this denial, you may do so by completing the enclosed petition form and filing it with the Clerk of the Circuit Court. If you decide to file this petition, you must pay a fee of ten dollars ($10.00) to the Clerk at the time you file it. Please contact the Clerk of the Circuit Court to determine an accepted method of payment. You must submit your appeal to the court within ten days of the denial date shown above.

If you have any questions about this notification, please call the Office of General Registrar.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

Rev Date: 2025-07-10

## Voter Overview

**Name:** KNIGHT , TAYSHAWN ROLANDO
**Voter ID:** 594252607
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Status:** ACTIVE
**Locality:** SUFFOLK CITY
**Precinct:** 601 - LAKESIDE

**SSN:** XXX-XX-5114
**Address:** 126 Causey Ave
Suffolk VA 23434-6145   **Verified**   **Residential**

CD: 02   SEN: 017   HSE: 084   **Election:** SUFFOLK BOROUGH

## Correspondence

☑ Display All Localities

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|
| 10/16/2025 | | | ENG_Voter Registration Denial Notice | 594252607 | RICHMOND CITY | Yes | No |
| 7/1/2025 | | | ENG_Voter Information Notice | 594252607 | SUFFOLK CITY | Yes | No |
| 2/25/2025 | | | ENG_Voter Information Notice | 594252607 | SUFFOLK CITY | Yes | No |

**RICHMOND CITY**
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:   804-646-5950
Fax:     804-646-7848

**TO:**   SHIKA ANIL KUMAR

**DATE:**   10/22/2025

711 W Main St
Richmond, VA 23220-5508

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

**Voter Overview** 🔍 ✏️

| | |
|---|---|
| **Name:** KUMAR , SHIKA ANIL | **Status: DENIED** |
| **Voter ID:** 122600467 | **Locality: RICHMOND CITY** |
| **Date of Birth:** XX/XX/2007 | **Precinct:** |
| **Language Preference:** English | |

| | |
|---|---|
| **SSN:** XXX-XX-3901 | |
| **Address:** 711 W Main St | |
| Richmond VA 23220-5508 **Residential** ✓ **Verified** | |

**Correspondence**

☑ Display All Localities

**Add Correspondence**

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 🔍 📄 |
| 10/16/2025 | | | ENG_Voter Registration Denial Notice | 122600467 | RICHMOND CITY | Yes | No | ✏️ 🔍 |

## RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:  804-646-5950
Fax:    804-646-7848

**TO:**   ALLISON ESTELLE LEVY
        830 W Grace St
        Richmond, VA 23220-4123

**DATE:**  10/22/2025

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Vcu Students must have dorm address including apartment number for residence address. As well as the mailing center and apartment number for the mailing address.
If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview

**Name:** LEVY , ALLISON ESTELLE
**Voter ID:** 526050899
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Status:** DENIED
**Locality:** RICHMOND CITY
**Precinct:**

**SSN:** XXX-XX-0880
**Address:** 830 W Grace St
RichmondVA23220-4123 Residential

✓Verified

## Correspondence

☑ Display All Localities

Add Correspondence

| Date: Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable |
|---|---|---|---|---|---|---|---|
| 9/18/2025 | | | ENG_Voter Registration Denial Notice | 526050899 | RICHMOND CITY | Yes | No |

**RICHMOND CITY**
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:  vote@rva.gov
Website:  http://rva.gov/elections

Phone:  804-646-5950
Fax:  804-646-7848

**TO:**  DULANEY LORETTE LUHRS

**DATE:**  10/22/2025

710 W Franklin St
Richmond, VA 23220-4106

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

**Voter Overview** 🔍 👤

**Name:** LUHRS , DULANEY LORETTE
**Voter ID:** 024740923
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Verify ID**

**Status: DENIED**
**Locality: RICHMOND CITY**
Precinct:

**SSN:** XXX-XX-5945
**Address:** 710 W Franklin St
Richmond VA 23220-4106 **Residential**
✓Verified

**Correspondence**

☑ Display All Localities

**Add Correspondence**

🔍 🖨

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|---|
| | | | | | | | | 🔍 | |
| | | | | | | | | ✏ | |
| 8/21/2025 | | | ENG_Voter Registration Denial Notice | 024740923 | RICHMOND CITY | Yes | No | | |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

| | |
|---|---|
| E-mail: vote@rva.gov | Phone: 804-646-5950 |
| Website: http://rva.gov/elections | Fax: 804-646-7848 |

**TO:** LYDIA CATHERINE MALLORY  **DATE:** 10/22/2025

710 W Franklin St
Richmond, VA 23220-4106

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

# Voter Overview

**Name:** MALLORY , LYDIA CATHERINE
**Voter ID:** 056451531
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Status:** **ACTIVE**
**Locality:** **GOOCHLAND COUNTY**
**Precinct:** 202 - SANDY HOOK

**SSN:** XXX-XX-9218
**Address:** 2839 Sandy Hook Rd
GoochlandVA23063-2519

✓ Verified
**Residential**

**CD:** 05 **SEN:** 010 **HSE:** 056 **Election:** DISTRICT 2
**Verify ID**

## Correspondence
☑ Display All Localities

| Date Sent | Reprint | Original Sent | Type | Voter_ID | Locality | System Generated | Undeliverable | | |
|---|---|---|---|---|---|---|---|---|---|
| 9/22/2025 | | | ENG_Voter Registration Denial Notice | 056451531 | RICHMOND CITY | Yes | No | 🔍 | 🖊 |
| 3/31/2025 | | | ENG_Voter Information Notice | 056451531 | GOOCHLAND COUNTY | Yes | No | | |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA  23286-9316

E-mail:    vote@rva.gov
Website:  http://rva.gov/elections

Phone:   804-646-5950
Fax:        804-646-7848

**TO:**   BROOKLYNN KAYLEE MAURO

700 W Broad St Apt 2-100
Richmond, VA  23220-3805

**DATE:**   10/22/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

VCU students must have dorm address including apartment number for residence address. As well as the mailing center and apartment number for the mailing address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

**Voter Overview** 🔍 👤

**Name:** MAURO , BROOKLYNN KAYLEE
**Voter ID:** 027885005
**Date of Birth:** XX/XX/2006
**Language Preference:** English

**Verify ID**

**Status:** DENIED
**Locality:** RICHMOND CITY
**Precinct:**

**SSN:** XXX-XX-9636
**Address:** 700 W Broad St Apt 2-100
RichmondVA23220-3805

✓Verified
Residential

**Correspondence**
☑ Display All Localities

**Add Correspondence**

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2025 | | | ENG_Voter Registration Denial Notice | 027885005 | RICHMOND CITY | Yes | No | ✏ | 🔍 | 🖨 |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail: vote@rva.gov
Website: http://rva.gov/elections

Phone: 804-646-5950
Fax: 804-646-7848

**TO:** STEPHANIE NICOL MORENO-MEJIA

835 W Grace St Apt 4333
Richmond, VA 23220-4122

**DATE:** 10/22/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

VCU students must include both their dorm address with apartment or box number and the VCU Mail Center address 207 N Laurel St, Richmond, VA 23220—when registering to vote. Dorm addresses alone are not sufficient for voter registration. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

**Voter Overview** 🔍 👤

**Name:** MORENO-MEJIA , STEPHANIE NICOL
**Voter ID:** 087037071
**Date of Birth:** XX/XX/2005
**Language Preference:** English

**Verify ID**

**Status:** **DENIED**
**Locality:** **RICHMOND CITY**
**Precinct:**

**SSN:** XXX-XX-1459
**Address:** 835 W Grace St Apt 4333
RichmondVA23220-4122

✓erified
**Residential**

## Correspondence

☑ Display All Localities

**Add Correspondence**

🔍

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|---|
| | | | | | | | | ✏ | 🔍 |
| 10/3/2025 | | | ENG_Voter Registration Denial Notice | 0870370071 | RICHMOND CITY | Yes | No | | 🖶 |

**RICHMOND CITY**
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:  vote@rva.gov  
Website:  http://rva.gov/elections

Phone:  804-646-5950  
Fax:  804-646-7848

**TO:** SHA'MEA LATRICE NAZARCLA

710 W Franklin St
Richmond, VA 23220-4106

**DATE:** 10/22/2025

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

# Voter Overview

**Name:** NAZARCLA . SHA'MEA LATRICE
**Voter ID:** 222106988
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Status:** DENIED
**Locality:** RICHMOND CITY
**Precinct:**

**SSN:** XXX-XX-0362
**Address:** 710 W Franklin St
RichmondVA23220-4106 Residential

✓Verified

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter_ID | Locality | System Generated | Undeliverable |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|
| 8/20/2025 | | | ENG_Voter Registration Denial Notice | 222106988 | RICHMOND CITY | Yes | No |

# RICHMOND CITY

Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail: vote@rva.gov
Website: http://rva.gov/elections

Phone: 804-646-5950
Fax: 804-646-7848

**TO:** ZION NYLAH ASHANTI PERRY
1000 W Grace St
Richmond, VA 23220-3611

**DATE:** 10/22/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

VCU students must include both their dorm address with apartment or box number and the VCU Mail Center address 207 N Laurel St, Richmond, VA 23220—when registering to vote. Dorm addresses alone are not sufficient for voter registration. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

# Voter Overview 

**Name:** PERRY , ZION NYLAH ASHANTI
**Voter ID:** 296865140
**Date of Birth:** XX/XX/2001
**Language Preference:** English

**Status:** **ACTIVE**
**Locality:** **RICHMOND CITY**
**Precinct:** 206 - TWO HUNDRED SIX

**SSN:** XXX-XX-3965
**Address:** 1000 W Grace St Apt 1135B
RichmondVA23220-3611

✔**Verified**
**Commercial**

**CD:** 04  **SEN:** 014  **HSE:** 078  **Election:** DISTRICT 2
**Confirmation Mailing**

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/2025 | | | ENG_Voter Registration Denial Notice | 296865140 | RICHMOND CITY | Yes | No | | 🔍 |

# RICHMOND CITY

Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail: vote@rva.gov
Website: http://rva.gov/elections

Phone: 804-646-5950
Fax: 804-646-7848

**TO:** DAKARAI PERRY-BROWN

207 N Laurel St
Richmond, VA 23220-4126

**DATE:** 10/22/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 🔍 👤

**Name:** PERRY-BROWN , DAKARAI
**Voter ID:** 400595506
**Date of Birth:** XX/XX/2001
**Language Preference:** English

**Status:** **ACTIVE**
**Locality:** **CHESAPEAKE CITY**
**Precinct:** 005 - CRESTWOOD

**SSN:** XXX-XX-0712
**Address:** 557 River Creek Rd
ChesapeakeVA23320-6233 **Residential** ✓ **Verified**

**CD:** 03 **SEN:** 018 **HSE:** 091 **Election:** CHESAPEAKE CITY DISTRICT

## Correspondence
☑ Display All Localities

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 🖊 | 🔍 |
| 8/29/2025 | | | ENG_Voter Registration Denial Notice | 400595506 | RICHMOND CITY | Yes | No | | |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA  23286-9316

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:  804-646-5950
Fax:    804-646-7848

**TO:**  CAMBRIA KATHERINE ROTONDO
244 Richmond Way # Dennis
Richmond, VA  23173-0006

**DATE:**  10/22/2025

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

University of Richmond students cannot use dorm address without including the mailing center address on voter registration application. University of Richmond students must provide both addresses along with the dorm # on both addresses to register to vote. If you have any questions about this notification, please call the General Registrar's Office.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 

**Name:** ROTONDO , CAMBRIA KATHERINE
**Voter ID:** 645385383
**Date of Birth:** XX/XX/1998
**Language Preference:** English

**Status:** **DENIED**
**Locality:** **RICHMOND CITY**
Precinct:

**SSN:** XXX-XX-7983
**Address:** 244 Richmond Way # Dennis
RichmondVA23173-0006

✓erified
**Commercial**

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|
| 9/8/2025 | | | ENG_Voter Registration Denial Notice | 645385383 | RICHMOND CITY | Yes | No |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:  vote@rva.gov
Website:  http://rva.gov/elections

Phone:  804-646-5950
Fax:  804-646-7848

**TO:**  CAMBRIA KATHERINE ROTONDO
410 Westhampton Way Unit UR0037
Richmond, VA 23173-0006

**DATE:**  10/22/2025

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

The address 410 Westhampton Way (University Mailing Center) may not be used as a residence address. Students must list their dormitory address. The Mailing Center address (410 Westhampton Way) may be used only as a mailing address, and it must include your Mailbox or Apartment Number.If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 

**Name:** ROTONDO , CAMBRIA KATHERINE  
**Voter ID:** 436448620  
**Date of Birth:** XX/XX/1998  
**Language Preference:** English

**Status:** **DENIED**  
**Locality:** **RICHMOND CITY**  
**Precinct:** 101 - ONE HUNDRED ONE

**SSN:** XXX-XX-7983  
**Address:** 410 Westhampton Way Unit UR0037  
Richmond VA 23173-0006

✔ Verified

**Commercial**

**CD:** 04  **SEN:** 014  **HSE:** 078  **Election:** DISTRICT 1

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|
| 8/25/2025 | | | ENG_Voter Registration Denial Notice | 436448620 | RICHMOND CITY | Yes | No |



# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA  23286-9316

| | | | |
|---|---|---|---|
| E-mail: | vote@rva.gov | Phone: | 804-646-5950 |
| Website: | http://rva.gov/elections | Fax: | 804-646-7848 |

**TO:**  CAMBRIA KATHERINE ROTONDO          **DATE:**  10/22/2025

244 Richmond Way Apt 128
Richmond, VA  23173-0006

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time.  Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

University of Richmond students cannot use dorm address without including the mailing center address on voter registration application. University of Richmond students must provide both addresses along with the dorm # on both addresses to register to vote. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

**Voter Overview**

**Name:** ROTONDO , CAMBRIA KATHERINE
**Voter ID:** 017656444
**Date of Birth:** XX/XX/1998
**Language Preference:** English

**Status:** DENIED
**Locality:** RICHMOND CITY
Precinct

**SSN:** XXX-XX-7983
**Address:** 244 Richmond Way Apt 128
RichmondVA23173-0006

Verified
Commercial

**Correspondence**

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable |
|---|---|---|---|---|---|---|---|
| 9/25/2025 | | | ENG_Voter Registration Denial Notice | 017656444 | RICHMOND CITY | Yes | No |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

| E-mail: | vote@rva.gov | | Phone: | 804-646-5950 |
| Website: | http://rva.gov/elections | | Fax: | 804-646-7848 |

**TO:** CAMBRIA KATHERINE ROTONDO          **DATE:** 10/22/2025
244 Richmond Way Apt 128
Richmond, VA 23173-0006

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

University of Richmond students must include both their dorm address with apartment or box number and the University of Richmond Mail Center address 410 Westhampton Way—when registering to vote. Dorm addresses alone are not sufficient for voter registration. If you have any questions about this notification, please call the General Registrar's Office.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 

**Name:** ROTONDO , CAMBRIA KATHERINE
**Voter ID:** 023990916
**Date of Birth:** XX/XX/1998
**Language Preference:** English

**Status:** DENIED
**Locality:** RICHMOND CITY
**Precinct:**

**SSN:** XXX-XX-7983
**Address:** 244 Richmond Way Apt 128
RichmondVA23173-0006

✓ Verified
**Commercial**

## Correspondence
☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|---|
| 9/16/2025 | | | ENG_Voter Registration Denial Notice | 023990916 | RICHMOND CITY | Yes | No | | |

# RICHMOND CITY

Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

| | |
|---|---|
| E-mail: vote@rva.gov | Phone: 804-646-5950 |
| Website: http://rva.gov/elections | Fax: 804-646-7848 |

**TO:** LEAH VIRGINIA STROHECKER      **DATE:** 10/22/2025

711 W Main St
Richmond, VA 23220-5508

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

The Social Security number given is not a valid number. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

# Voter Overview 🔍 ↻

**Name:** STROHECKER , LEAH VIRGINIA
**Voter ID:** 211548280
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Status:** DENIED
**Locality:** RICHMOND CITY
**Precinct:**

**SSN:** XXX-XX-0000
**Address:** 711 W Main St
Richmond VA 23220-5508 **Residential**

✓ Verified

**Verify ID**

## Correspondence
☑ Display All Localities

**Add Correspondence**

🔍

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|---|
| 9/26/2025 | | | ENG_Voter Registration Denial Notice | 211548280 | RICHMOND CITY | Yes | No | ✏️ | 🖨️ |

## RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:   804-646-5950
Fax:     804-646-7848

**TO:**   HENRY ZANE WILLIAMS

    1100 W Broad St Apt 0315B
Richmond, VA 23220-3800

**DATE:** 10/22/2025

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

VCU students must include both their dorm address with apartment or box number and the VCU Mail Center address 207 N Laurel St, Richmond, VA 23220—when registering to vote. Dorm addresses alone are not sufficient for voter registration. If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

## Voter Overview 🔍 ✍

**Name:** WILLIAMS, HENRY ZANE  
**Voter ID:** 433726188  
**Date of Birth:** XX/XX/2005  
**Language Preference:** English

**Status:** INACTIVE  
**Locality:** LOUDOUN COUNTY  
**Precinct:** 504 - SMARTS MILL  

**SSN:** XXX-XX-0851  
**Address:** 414 Haupt Sq SE  
Leesburg VA 20175-3771 **Residential** ✓Verified

**CD:** 10  **SEN:** 031  **HSE:** 029  **Election:** LEESBURG DISTRICT  **Town:** LEESBURG  **Town Pct:** SMARTS MILL - 1440H

## Correspondence

☑ Display All Localities

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|--|--|
| 10/16/2025 | | | ENG_Voter Registration Denial Notice | 433726188 | RICHMOND CITY | Yes | No | ✏ | 🔍 🖨 |
| 6/25/2025 | | | ENG_Voter Registration NCOA Confirmation Mailing | 433726188 | LOUDOUN COUNTY | Yes | No | | |
| 10/16/2024 | | | ENG_Voter Information Notice | 433726188 | LOUDOUN COUNTY | Yes | No | | |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail:   vote@rva.gov
Website:  http://rva.gov/elections

Phone:  804-646-5950
Fax:    804-646-7848

**TO:**   VICTORIA ELENA WOOD
          711 W Main St
          Richmond, VA 23220-5508

**DATE:**  10/22/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

Missing apartment/box number in residence address. If you have any questions about this notification, please call the General Registrar's Office.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

**Voter Overview**

**Name:** WOOD , VICTORIA ELENA
**Voter ID:** 074019876
**Date of Birth:** XX/XX/2006
**Language Preference:** English

**Status:** DENIED
**Locality:** RICHMOND CITY
**Precinct:**

**SSN:** XXX-XX-9040
**Address:** 711 W Main St
Richmond VA 23220-5508 Residential

✓ Verified

**Correspondence**

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|
| | | | | | | | |
| 10/1/2025 | | | ENG_Voter Registration Denial Notice | 074019876 | RICHMOND CITY | Yes | No |

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

**E-mail:** vote@rva.gov
**Website:** http://rva.gov/elections

**Phone:** 804-646-5950
**Fax:** 804-646-7848

**TO:** SOPHIA MARIA WOODMAN
410 Westhampton Way Ur 11858
Richmond, VA 23173-0001

**DATE:** 10/22/2025

# Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

University of Richmond students must include the box number with the residence address If you have any questions about this notification, please call the General Registrar's Office.

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

Rev Date: 2025-07-10

## Voter Overview 🔍 👤

**Name:** WOODMAN , SOPHIA MARIA
**Voter ID:** 367385700
**Date of Birth:** XX/XX/2007
**Language Preference:** English

**Status:** **DENIED**
**Locality:** **RICHMOND CITY**
**Precinct:**

**SSN:** XXX-XX-3734
**Address:** 254 Richmond Way
Richmond VA 23173-0007

✔ Verified
**Commercial**

**Verify ID**

## Correspondence

☑ Display All Localities

Add Correspondence

| Date Sent | Reprint | Original Sent | Type | Voter ID | Locality | System Generated | Undeliverable | |
|-----------|---------|---------------|------|----------|----------|------------------|---------------|---|
| 10/20/2025 | | | ENG_Voter Registration Denial Notice | 367385700 | RICHMOND CITY | Yes | No | ✏️ 🔍 🖨️ |