

# College Student Voter Guide

Make Your Vote Count!

- How to Register to Vote
- Same Day Registration
- How to Vote
- Stay Connected



Prepare yourself for Election Day success with these helpful tips.



# HOW TO REGISTER



### Submit a Voter Registration Application
- Every prospective voter must fill out a voter registration application. You can do this online or by mail.
- You can visit the Richmond City Office of Elections website to apply online by **clicking here**.



### Provide a Residential Address
- You must submit your residential address (a dorm or college address is acceptable) when registering. Post office boxes are valid for mailing addresses only.
- If you cannot receive mail at your residential address, you must also provide a mailing address.



### Contact Information
- Including your email address and phone number on your application helps the local voter registration office reach you if needed.



### Updating Your Information
- Remember to update your voter registration if you change your residence.



### Residency Requirements
- You must be a resident of Virginia and the location where you register. Residency means you have a physical location where you intend to stay.



# Registering Your Campus Address

## University of Richmond Registration

University of Richmond students are required to register using the residential address (street address) of the dorm, including, the dorm number.

In the mailing address section of the application, use the mailing center address along with the dorm or box number.

**CLICK HERE** to access the UR On-Campus Residential Adress PDF.

## VCU Registration

VCU students are required to register using the residential address (street address) of the dorm, including, the dorm, number.

In the mailing address section of the application, use the mailing center address along with the dorm or box number.

**CLICK HERE** to access the VCU Dorm Address PDF.

## VA Union University Registration

Students at Virginia Union University will register using the address 1500 N Lombardy St, Richmond, VA 23220.

It is important for students to include their specific apt or dorm number, as there is no centralized mailing center; students receive their mail directly at their dorms.

# Same-Day Registration



## 1. ELEGIBILITY

You must be a U.S. citizen and a resident of Virginia. You should also be at least 18 years old on or before Election Day. If you are 17 but will turn 18 by Election Day, you can pre-register to vote.

## 2. WHERE TO REGISTER

You can register to vote at your local voting location on Election Day or at any early voting location. In Richmond, this means visiting a designated early voting site (Office of Elections, City Hall, Hickory Hill Community Center) or the voting location that is assigned to your residence.



## 3. REQUIRED DOCUMENTATION

To register at the voting location, you must affirm your location of residency. This could include your physical address of your dorm or a local address. Additionally, you are required to present one form of identification. Acceptable forms of ID include a Virginia driver's license, a school-issued photo ID, or a utility bill, paycheck, or bank statement that displays your name and address. If you do not possess an ID, you may sign a statement affirming your identity and cast your vote using a provisional ballot.

## 4. THE PROCESS

**At Your Voting Location:** Go to your voting location or early voting site. Inform the poll workers that you want to register to vote and cast your ballot.
**Complete the Registration Form**: Fill out the voter registration application. The form will ask for your name, address, date of birth, and other basic information.
**Provide Proof of Residency:** Show your proof of residency and ID as required.
**Vote with a Provisional Ballot**: After registering, you can cast your vote. Your vote will be counted once your registration is verified.

## 5. IMPORTANT CONSIDERATIONS

**Deadlines**: Ensure you visit your election day voting location or early voting site during the hours they are open, as same-day registration is only available on Election Day or during the early voting period. Election Day polling locations are opened from 6:00am - 7:00pm.
**Follow-Up**: You may need to provide additional documentation or follow up with the local election office to ensure your registration is processed. Speak with the Election Office when you vote.

# HOW TO ✓OTE

When it comes to voting, individuals have several options to make their voices heard in elections. Each option is designed to offer convenience & flexibility, ensuring everyone has the opportunity to participate.



## Early Voting

You can vote early starting 45 days before the election.

## In-Person

Vote on Election Day at your designated voting location..

## Absentee

Request an absentee ballot if you cannot vote in person.

## Same-Day
If you're not registered, you can still register on Election Day. You will vote using a provisional ballot & complete a form confirming your eligibility. Same-Day Registration provides a convenient option for college students who may have missed the regular registration deadline. Just remember to bring the necessary documentation and allow extra time to complete the process on Election Day.

## Provisional
If you don't have ID, you can sign a statement and vote with a provisional ballot.

## ID Requirements

You need one form of ID to vote, such as a Virginia driver's license, a school issued ID with a photo, or a utility bill, paycheck, or bank statement showing your name and address.

# DON'T FORGET TO
check your registration status!

https://www.elections.virginia.gov/





## OPT IN FOR TEXT ALERTS

Sign up for our text alert system to receive timely updates and reminders about voter registration and elections.

 

For Voter & Election Notifications, text "**RVAVOTERS**" to **91896.**

Voters can **TEXT** the Office any question related to voting location, registration, absentee voting, special needs, and sample ballots.



Stay updated on voting information and important deadlines by following us on Twitter, Facebook and Instagram!

   

**Follow us @rva_votes!**