# Exhibit 6

| | |
|---|---|
| From: | Dabney, Crystal <DabneyCr@chesterfield.gov> |
| Sent: | Tuesday, October 28, 2025 2:11 PM |
| To: | John Powers; Chesterfield County FOIA Portal; daldridge@vac4progress.org; Chesterfield Elections |
| Cc: | Hani Mirza; Marian Schneider |
| Subject: | RE: [EXT]--[Records Center] County Records Request :: R016899-102125 |

> **External Email:** Please be careful if sending personal information or when clicking links or opening attachments. When in doubt, contact the IT Department.

Mr. Powers,

I am in receipt of your appeal. As I advised to you, we cannot provide the actual letter that was mailed out to the voters because if we reprint the letter, which is what the database allows us to do, it will date the letter with the reprint date not the original date of print, which would be creating a new record. We provided the denials because that record while we couldn't narrow it down to only the addresses you requested, it did provide what you were seeking.

Best,
**Crystal Dabney**
FOIA Officer
Constituent and Media Services
9901 Lori Road
Chesterfield, VA 23832
Office: 804-748-1211
dabneycr@chesterfield.gov



**From:** John Powers <JPowers@advancementproject.org>
**Sent:** Tuesday, October 28, 2025 1:49 PM
**To:** Chesterfield County FOIA Portal <chesterfieldcountyva@govqa.us>; daldridge@vac4progress.org; Chesterfield Elections <Registrar@chesterfield.gov>; Dabney, Crystal <DabneyCr@chesterfield.gov>
**Cc:** Hani Mirza <HMirza@advancementproject.org>; Marian Schneider <MSchneider@advancementproject.org>
**Subject:** Re: [EXT]--[Records Center] County Records Request :: R016899-102125

> **CAUTION:** External Email

Good afternoon:

Thanks for your message. We hope that your office will reconsider the decision not to produce the rejection notices in response to our public records request. Please see the attached notice letter pursuant to the National Voter Registration Act and the Virginia Freedom of Information Act.

We look forward to your prompt response.  Please let us know if you have any questions or would like to discuss this matter.

Thanks again, John


**John Powers**
*Legal Director*
*Advancement Project*
Phone: 202-921-7314
Email: jpowers@advancementproject.org



---

**From:** Chesterfield County FOIA Portal <chesterfieldcountyva@govqa.us>
**Sent:** Monday, October 27, 2025 11:54 AM
**To:** daldridge@vac4progress.org <daldridge@vac4progress.org>
**Cc:** John Powers <JPowers@advancementproject.org>
**Subject:** [EXT]--[Records Center] County Records Request :: R016899-102125

> **External Email:** Please be careful if sending personal information or when clicking links or opening attachments. When in doubt, contact the IT Department.

--- Please respond above this line ---



Good morning,

Please log in to the Chesterfield FOIA Portal at the link below to retrieve records that are responsive to your request. As explained in my email this morning, we were not able to pull the actual letters that were sent, however, the Department of Elections instructed us on how to run a report for denied registrations. Unfortunately, this report will produce all denied registrations during the specific time frame, not just for the specific addresses requested. Also, the reason for the denial is generic – Ex. Missing Information, Felony Conviction, etc. It does not go into specifics.

Hope this helps.

Best,

**Crystal Dabney**
**FOIA Officer**
**Constituent and Media Services**
**9901 Lori Road**
**Chesterfield, VA 23832**
**Office: 804-748-1211**
[dabneycr@chesterfield.gov](mailto:dabneycr@chesterfield.gov)

To monitor the progress or update this request please log into the Chesterfield FOIA Portal.

