# Exhibit 8

> **External Email:** Please be careful if sending personal information or when clicking links or opening attachments. When in doubt, contact the IT Department.

*Your City of Norfolk Records Request of 10/20/2025, Request No. N-844-2025*

Dear David Aldridge and John Powers,

The City of Norfolk received a public information request from you on 10/20/2025. Your request mentioned:

Individual voter registration denial letters

This office and the Norfolk Office of Elections are in receipt of your Oct. 29, 2025, reply to our response to your request for records.

With final preparations underway for the Nov. 4, 2025, General and Special Elections, it is not practically possible for us to provide the individual denial letters you are seeking. We are busy conducting early voting, processing absentee ballots, preparing for the election, canvass and potential post-election audit.

We have provided sample denial letters to you. To access these records for viewing or downloading to your own computer or other device, click here:

### *Request Number: N-844-2025*

To provide the individual voters' denial letters to you, we must review each document and redact all personal identifying information. Once the records are ready for your review, we can advise you. We will provide copies of the records, or you can arrange a time to visit our office and view them.

In order to accomplish the review and redaction work, we respectfully request an extension of 60 days from today for the completion of this request.

Additionally, we estimate that the cost of the staff time expended on the review and redaction work would be approximately 40 hours, with a total cost to you of approximately $2,500. We do not provide fee waivers.

Pursuant to Virginia Code 2.2-3704(H), we require advance payment of the full amount before we can begin this work.

We have sent an invoice for these estimated charges to you, attached to an email sent earlier today.

Please reply to this email and let us know whether you agree to this requested extension in light of the upcoming elections. If you wish to prepay the fee, you can do so by following the instructions in the earlier email. We also are happy to discuss narrowing the request.

If you have any questions, please reply to this email.


Sincerely,

Heather Tierney

Senior FOIA Analyst