October 27, 2025

The Honorable Susan Beals
Commissioner of Elections
Washington Building
1100 Bank Street, First Floor
Richmond, VA 23219

Virginia Department of Elections
Washington Building
1100 Bank Street, First Floor
Richmond, VA 23219


Dear Commissioner Beals and Virginia Department of Elections:

  We write on behalf of the NAACP Virginia State Conference to ask that you provide clarification to Virginia registrars regarding the proper application of Virginia law as it relates to students living on campus at Virginia colleges and universities who seek to register to vote. Put simply, an application cannot be denied because a student residing on a Virginia campus does not include a dormitory name and/or room number in addition to an otherwise valid campus address.

  Eligible college students who provide a college or university address on their application must be permitted to register and to vote. Students should not be denied the ability to register and to vote solely because they failed to provide a dormitory name or room number on their voter registration application. Otherwise, valid voter registration applications and provisional ballots cast through same day registration will likely be rejected, and there is a heightened risk of unnecessarily long lines at polling places where poll workers attempt to process voters whose names do not appear on the rolls.

  Disenfranchising students due to the failure to provide a dormitory name or room number violates their fundamental right to vote as protected by the First and Fourteenth Amendments to the U.S. Constitution. *See, e.g., Greidinger v. Davis*, 988 F.2d 1344, 1354 (4th Cir. 1993); *New Virginia Majority Education Fund v. Fairfax County Board of Elections*, No. 19-cv-1379, Dkt. 17 (E.D. Va. Nov. 1, 2019). Such disenfranchisement also violates the Civil Rights Act of 1964's prohibition on denying the right to vote in any election because of a voter's

1

immaterial error or omission on a registration application. *See* 52 U.S.C. 10101(2)(B) (the "Materiality Provision").

The Materiality Provision of the Civil Rights Act prohibits denying the right to vote because of an immaterial error or omission on "any record or paper" related to "any application, registration, or other act requisite to voting." *Id.* To vote in Virginia, a person must be 18 years of age by Election Day and a resident of the precinct in Virginia in which he or she offers to vote. Va. Code §§ 24.2-101, 24.2-400. Omitting a dormitory name or room number is not material to the applicant's eligibility under Virginia law. The failure of an applicant to provide that information on a voter registration application, a paper related to registration, cannot serve as the basis for keeping them off the voter rolls. *See Pennsylvania State Conference of NAACP Branches v. Secretary of the Commonwealth of Pennsylvania* ("*NAACP*"), 97 F.4th 120, 131 (3d Cir. 2024) (affirming, when considering "paperwork submitted during voter registration," that "officials are prohibited from using a mistake to deny ballot access unless it is material in determining whether the applicant indeed is qualified to vote.") (cleaned up); *see also Mi Familia Vote v. Fontes*, 129 F.4th 691, 720-22 (9th Cir. 2025)

We are conducting an investigation that, while ongoing, has revealed that several jurisdictions in Virginia are currently rejecting voter registration applications submitted by students living on campus due to the failure to provide a dormitory name or room number. We have attached examples of rejection notices that Fairfax County and the Cities of Harrisonburg and Richmond recently sent to a voter. *See* Exhibits 1, 2, and 3.

In 2019, plaintiffs brought a case successfully challenging the rejection of George Mason University students' voter registration applications due to the failure to provide a dormitory name or room number. U.S. District Court Judge Rossie D. Alston, Jr. signed a consent order in *New Virginia Majority Education Fund*, which allowed all voter registration applicants "who provide a George Mason University address and whose application was rejected solely for not providing a dormitory name or room number" to cast a ballot that would be counted and be placed on the permanent Fairfax County voter rolls thereafter so long as they verified their college residency information when they appeared to vote. *See* Exhibit 4.

We ask that you provide guidance to registrars that, pursuant to Virginia and federal law, same-day registration ballots cannot be rejected in the upcoming November 2025 election because a student living on a college campus fails to provide a dormitory name or room number. We also suggest that you provide

2

guidance clarifying that, under Virginia and federal law, (1) future voter registration applications should not be rejected if the student is otherwise eligible and has provided a valid campus address; and (2) registrants who provided a valid campus address but were wrongfully rejected should be restored to the voter rolls.

    We greatly appreciate your consideration of, and prompt response to, this request. Please feel free to contact the undersigned with any questions relating to this matter.

Thank you,

*[signature: John Powers]*

John Powers
Legal Director
Hani Mirza
Program Director, Power & Democracy
Advancement Project
1220 L Street NW, Suite 850
Washington, DC 20005
(202) 921-7314
JPowers@advancementproject.org
HMirza@advancementproject.org

CC:   Registrars from Chesterfield County, Fairfax County, City of Harrisonburg, City of Norfolk, City of Richmond

# Exhibit 1

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | |
|---|---|
| E-mail: voting@fairfaxcounty.gov | Phone: 703-222-0776 |
| Website: http://www.fairfaxcounty.gov/elections | Fax: 703-324-2205 |

TO: ▮▮▮▮▮▮▮▮▮▮        DATE: 10/▮/2025
4400 University Dr # 3▮
Fairfax, VA 22030-4422

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

*[signature]*

ERIC SPICER
General Registrar
Fairfax County Office of Elections

Form ELECT-427            Rev Date: 2025-07-10

# Exhibit 2

**HARRISONBURG CITY**
Office of Voter Registration
PO Box 1226
Harrisonburg, VA 22803-1226

| | |
|---|---|
| E-mail: registrar@HarrisonburgVA.gov | Phone: 540-432-7707 |
| Website: https://www.harrisonburgva.gov/registrar | Fax: 540-432-7784 |

TO: ▮▮▮▮▮▮▮▮▮▮
800 S Main St Chesapeake Hall Room #43▮
Harrisonburg, VA 22807-0001

DATE: ▮▮/2025
*10/02/2025*

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

*[signature: Mark Finks]*

MARK D. FINKS
General Registrar
City of Harrisonburg Voter Registration Office

# Exhibit 3

# RICHMOND CITY
Office of Voter Registration
P O Box 61037
Richmond, VA 23286-9316

E-mail: vote@rva.gov
Website: http://rva.gov/elections

Phone: 804-646-5950
Fax: 804-646-7848

TO: ████████████████
721 W Main St Apt 30█
Richmond, VA 23220-5508

DATE: 1█/2025

## Voter Registration Denial Notification

This office has received and reviewed your Virginia Voter Registration application. Based on your submission, it has been determined that you are ineligible to register to vote at this time. Therefore, your Voter Registration Application is being denied.

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 11 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

VCU students cannot use dorm address without including the mailing center address on voter registration application. VCU students must provide both addresses in order to register to vote. If you have any questions about this notification, please call the General Registrar's Office.

*David Levine*

DAVID A. LEVINE
General Registrar
Richmond City Office of Elections

Form ELECT-427

Rev Date: 2025-07-10

# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND and AMYLA BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRFAX COUNTY BOARD OF ELECTIONS, GARY SCOTT, in his official capacity as Director of the Office of Elections and General Registrar; and STEPHEN HUNT, KATHERINE HANLEY, and BETTINA LAWTON in their official capacities as members of the Fairfax County Board of Elections,<br><br>Defendants. | Civil Action<br>Case No. 19-cv-1379-RDA-MSN |

**ORDER**

Upon consideration and in resolution of Plaintiffs' Emergency Motion for Preliminary Injunction [ECF No. 9], Plaintiffs New Virginia Majority Education Fund and Amyla Bryant ("Plaintiffs") and Defendants Fairfax County Board of Elections, Gary Scott (in his official capacity as Director of the Office of Elections and General Registrar), and Stephen Hunt, Katherine Hanley, and Bettina Lawson (in their official capacities as members of the Fairfax County Board of Elections) ("Defendants") hereby agree and the Court ORDERS as follows:

(a) For any voter registration applicant who submitted an application on or before October 15, 2019 who provided a George Mason University address and whose application was rejected solely for not providing a dormitory name or room number (a "Rejected GMU Voter Registration Applicant") who identifies an on-campus dormitory name and room number to Defendants by email, facsimile, mail, or

1

in-person notification on or before November 2, 2019 at 5:00 p.m., the Defendants shall (i) accept such Rejected GMU Voter Registration Applicant's application, (ii) add the applicant to the Fairfax County voter rolls, and (iii) permit the applicant to cast a regular ballot during the November 5, 2019 election;

(b) For any Rejected GMU Voter Registration Applicant who identifies an on-campus dormitory name and room number at the GMU - Merten Hall precinct location on November 5, 2019 (or at any other time after November 2, 2019 at 5:00 p.m. and before arriving at the polling place on November 5, 2019), the Defendants shall (i) permit such Rejected GMU Voter Registration Applicant to cast a provisional ballot, which shall be counted provided Defendants have no other reason to reject such ballot other than failure to provide their dormitory name and room number on the voter registration form, and (ii) enroll such applicant on the permanent Fairfax County voter rolls thereafter;

(c) Defendants shall provide additional training to the Chief Election Officer who is working on November 5, 2019 at the GMU - Merten Hall polling place to educate workers on the relief agreed to above, and shall place a member of the General Registrar's staff at the GMU - Merten Hall polling place;

(d) This Order solely applies to the November 5, 2019 election, and all parties reserve their rights, claims and defenses.

/s/
Rossie D. Alston, Jr.
United States District Judge

SO ORDERED.

_____
United States District Judge

November 1, 2019