**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| NAACP VIRGINIA STATE CONFERENCE,<br><br>                      Plaintiff,<br><br>    v.<br><br>JOHN O'BANNON, ROSALYN R. DANCE, GEORGIA ALVIS-LONG, CHRISTOPHER STOLLE, J. CHAPMAN PETERSEN in their official capacities as members of the Virginia State Board of Elections, SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; RICK MICHAEL, DOROTHY JAECKLE, LYNETTE CLEMENTS, in their official capacities as members of the Chesterfield County Electoral Board, MISSY VERA, in her official capacity as General Registrar and Director of Elections of Chesterfield County; KATHERINE K. HANLEY, KEVIN R. PINKNEY, JEFFREY K. SHAPIRO in their official capacities as members of the Fairfax County Electoral Board; ERIC L. SPICER, in his official capacity as the General Registrar and Director of Elections of Fairfax County; REBECCA WINN, THOMAS HARMON IV, and MATTHEW SCOTT in their official capacities as members of the Hampton Electoral Board; TARA MORGAN, in her official capacity as General Registrar and Director of Elections of the City of Hampton; BILL CALL, JANE GRANT BURNER, RAMONA SANDERS, in their official capacities as members of the City of Harrisonburg Electoral Board, MARK FINKS, in his official capacity as General Registrar and Director of Elections of the City of Harrisonburg; ATOY B. CARRINGTON, MARIANNE T. MCKAY, H. MICHAEL ZIEGENFUSS, in their official capacities as members of the City of Norfolk Electoral Board, STEPHANIE ILES, in her official capacity as Director of Elections and General Registrar of the City of Norfolk; C. STARLET STEVENS, KATHERINE MAXWELL and JOYCE K. SMITH in their official capacities as members of the City of Richmond Electoral Board; and DAVID LEVINE, in his official | **Civil Action No. 25-1937** |

| capacity as the General Registrar and Director of Elections of the City of Richmond, |
|---|
| Defendants. |

**PLAINTIFF NAACP VIRGINIA STATE CONFERENCE'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1(A)(1)(c) of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff NAACP Virginia State Conference ("NAACP") in the above-captioned action certifies that the NAACP states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) or (b).

Dated: October 31, 2025

Respectfully submitted,

By: /s/ Ian S. Hoffman
Ian S. Hoffman (VSB 75002)
Murad S. Hussain (VSB 96830)
John A. Freedman*
Jeremy Karpatkin*
L. Charles Landgraf*
Samuel D. Kleinman*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW.
Washington, DC 20001
(202) 942-5000

John Powers*
Hani Mirza*
Marian Schneider*
ADVANCEMENT PROJECT
1220 L Street Northwest, Suite 850
Washington, D.C. 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org
mschneider@advancementproject.org

*Pro hac vice* forthcoming