# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| NAACP Virginia State Conference )<br>*Plaintiff* )<br>v. )<br>John O'Bannon et al. )<br>*Defendant* ) | Case No. 25cv1937 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff NAACP Virginia State Conference .

Date: 11/03/2025

/s/ Murad Hussain
*Attorney's signature*

Murad S. Hussain (VSB 96830)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
*Address*

murad.hussain@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*