IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 25cv1937, Case Name NAACP Virginia State Conference v. O'Bannon et al.
Party Represented by Applicant: NAACP Virginia State Conference

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Lester Charles Landgraf
Bar Identification Number District of Columbia   State 253328
Firm Name Arnold & Porter Kaye Scholer LLP
Firm Phone # 202-942-5000   Direct Dial # 202-942-6408   FAX # 202-942-5999
E-Mail Address charles.landgraf@arnoldporter.com
Office Mailing Address 601 Massachusetts Avenue NW Washington DC 20001

Name(s) of federal district court(s) in which I have been admitted District of the District of Columbia

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

Lester Charles Landgraf   Digitally signed by Lester Charles Landgraf
Date: 2025.11.03 11:29:15 -05'00'
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   11-4-25 (Date)
Ian S. Hoffman   75002
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____   _____
(Judge's Signature)   (Date)