# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Case Number     25-1937

**NAACP VIRGINIA STATE CONFERENCE**

v.

**JOHN O'BANNON, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE VIRGINIA STATE BOARD OF ELECTIONS, ET AL**

I, ZACHARY LYNN

BEING DULY SWORN, DEPOSE AND SAY, I HAVE BEEN DULY AUTHORIZED TO MAKE SERVICE OF THE DOCUMENT(S) LISTED HEREIN, IN THE ABOVE MENTIONED CASE. I AM OVER THE AGE OF 18, AND NOT A PARTY TO OR OTHERWISE INTERESTED IN THIS MATTER.

## GOVERNMENT AGENCY SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS AND COMPLAINT; EXHIBITS** |
| ON THE WITHIN NAMED DEFENDANT | **LYNETTE CLEMENTS, CHESTERFIELD ELECTORAL BOARD, CHESTERFIELD COUNTY GENERAL REGISTRAR** |
| PERSON SERVED | **TERRI JOHNSON, DEPUTY REGISTRAR** |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY | 11/18/2025 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | BLACK | **Age** | 40S |
| **Height** | 5'7" | **Build** | 185-200 LBS | **Hair** | BLACK |

| | |
|---|---|
| LOCATION OF SERVICE | 9848 LORI RD |
| | CHESTERFIELD, VIRGINIA  23832 |
| Service GPS | -77.51044 37.37707 |
| Date Of Service | 11/18/2025 |
| Time | 2:45 PM |

ZACHARY LYNN     11/18/2025
**PROCESS SERVER**     # 7573174

PRINT Samantha Frey     SIGN Samantha Frey     NOTARY
COUNTY OF Chesterfield, STATE OF VA     MY COMMISSION EXPIRES 1/31/2029
SUBSCRIBED AND SWORN BEFORE ME ON THIS 18 DAY OF November, 2025

SAMANTHA FREY
NOTARY PUBLIC
REG. # 00348142
COMMONWEALTH OF VIRGINIA
MY COMM. EXPIRES JAN. 31, 2029



*70507A*

Law Firm ID:  **ARNOLD & PORTER**     Firm #     Case Return Date:  **11/30/2025**