Affidavit of PROCESS SERVER

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Case Number   25-1937

**NAACP VIRGINIA STATE CONFERENCE**

v.

**JOHN O'BANNON, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE VIRGINIA STATE BOARD OF ELECTIONS, ET AL**

I, ZACHARY LYNN

BEING DULY SWORN, DEPOSE AND SAY, I HAVE BEEN DULY AUTHORIZED TO MAKE SERVICE OF THE DOCUMENT(S) LISTED HEREIN, IN THE ABOVE MENTIONED CASE. I AM OVER THE AGE OF 18, AND NOT A PARTY TO OR OTHERWISE INTERESTED IN THIS MATTER.

## GOVERNMENT AGENCY SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS AND COMPLAINT; EXHIBITS** |
| ON THE WITHIN NAMED DEFENDANT | **MISSY VERA, GENERAL REGISTRAR, CHESTERFIELD ELECTORAL BOARD, CHESTERFIELD COUNTY GENERAL REGISTRAR** |
| PERSON SERVED | **TERRI JOHNSON, DEPUTY REGISTRAR** |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY | 11/18/2025 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | BLACK | **Age** | 40S |
| **Height** | 5'7" | **Build** | 185-200 LBS | **Hair** | BLACK |

LOCATION OF SERVICE   9848 LORI RD
                      CHESTERFIELD, VIRGINIA  23832

Service GPS   -77.50909 37.37692
Date Of Service   11/18/2025
Time   2:46 PM

ZACHARY LYNN   11/18/2025
**PROCESS SERVER**   # 7573174

PRINT Samantha Frey   SIGN Samantha Frey   NOTARY
COUNTY OF Chesterfield, STATE OF VA   MY COMMISSION EXPIRES 1/31/2029
SUBSCRIBED AND SWORN BEFORE ME ON THIS 18 DAY OF November, 2025

```
SAMANTHA FREY
NOTARY PUBLIC
REG. # 00348142
COMMONWEALTH OF VIRGINIA
MY COMM. EXPIRES JAN. 31, 2029
```



*70508A*

Law Firm ID: **ARNOLD & PORTER**   Firm #   Case Return Date: **11/30/2025**