Affidavit of PROCESS SERVER

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Case Number 25-1937

**NAACP VIRGINIA STATE CONFERENCE**

v.

**JOHN O'BANNON, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE VIRGINIA STATE BOARD OF ELECTIONS, ET AL**

I, ZACHARY LYNN

BEING DULY SWORN, DEPOSE AND SAY, I HAVE BEEN DULY AUTHORIZED TO MAKE SERVICE OF THE DOCUMENT(S) LISTED HEREIN, IN THE ABOVE MENTIONED CASE. I AM OVER THE AGE OF 18, AND NOT A PARTY TO OR OTHERWISE INTERESTED IN THIS MATTER.

## GOVERNMENT AGENCY SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | SUMMONS AND COMPLAINT; EXHIBITS |
| ON THE WITHIN NAMED DEFENDANT | RICK MICHAEL, CHESTERFIELD ELECTORAL BOARD, CHESTERFIELD COUNTY GENERAL REGISTRAR |
| PERSON SERVED | TERRI JOHNSON, DEPUTY REGISTRAR |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY | 11/18/2025 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| Sex | FEMALE | Race | BLACK | Age | 40S |
|---|---|---|---|---|---|
| Height | 5'7" | Build | 185-200 LBS | Hair | BLACK |

LOCATION OF SERVICE 9848 LORI RD
CHESTERFIELD, VIRGINIA 23832

Service GPS -77.51044 37.37707
Date Of Service 11/18/2025
Time 2:44 PM

ZACHARY LYNN      11/18/2025
PROCESS SERVER    # 7573174

PRINT Samantha Frey    SIGN Samantha Frey    NOTARY
COUNTY OF Chesterfield , STATE OF VA    MY COMMISSION EXPIRES 1/31/2029
SUBSCRIBED AND SWORN BEFORE ME ON THIS 18 DAY OF November , 2025

SAMANTHA FREY
NOTARY PUBLIC
REG. # 00348142
COMMONWEALTH OF VIRGINIA
MY COMM. EXPIRES JAN. 31, 2029


*70504A*

Law Firm ID: **ARNOLD & PORTER**    Firm #    Case Return Date: 11/30/2025