Commonwealth of Virginia, Chesterfield General District Court

**NAACP Virginia State Conference**

Plaintiff/Petitioner

vs.

**John O'Bannon, in his official capacity as member of the Virginia State Board of Elections; Et Al.**

Defendant/Respondent

Case No.: **25-1937**

AFFIDAVIT OF SERVICE OF Summons; Complaint; Civil Case Cover Sheet

Received by **Jonathan Meador**, on the **19th day of November, 2025 at 9:12 AM** to be served upon **Matthew Scott** at **101 Kings Way, Hampton, Hampton City County, VA 23669**.
On the **19th day of November, 2025 at 9:12 AM**, I, Jonathan Meador, SERVED Matthew Scott at **City of Hampton, 22 Lincoln St FL 8, Hampton, Hampton City County, VA 23669** in the manner indicated below:

**SUBSTITUTE SERVICE**, by personally leaving **1** copy(ies) of the above-listed documents at his/her usual place of abode with **Andrea Atkinson**, who is 15 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to Andrea Atkinson who identified themselves as the assistant city attorney, authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 80-120 lbs. Per compliance with special handling instructions., City Atty Courtney Syndor, was not available ~~Assistance~~ city Atty accepted on her behalf.
Assistant
Service Fee Total: **$0.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: Jonathan Meador     Server ID #: N/A     Date: NOV 20 2025

Notary Public: Subscribed and sworn before me on this 20th day of November in the year of 20 25
Personally known to me ✓ or ____ identified by the following document: ____

Number/Reference: 7511 784
Type: ____
Notary Public for State of: Virginia
Commission Expiration: 6-30-27

Notary Public (Legal Signature) Amanda Penberthy

[Seal: AMANDA GAYLE PENBERTHY, NOTARY PUBLIC, REG #7511784, MY COMMISSION EXPIRES 6/30/2027, COMMONWEALTH OF VIRGINIA]

REF: 0091752.00014 C

Page 1 of 1
Tracking #: 0196120601

