Commonwealth of Virginia, Chesterfield General District Court

| | |
|---|---|
| NAACP Virginia State Conference<br>Plaintiff/Petitioner<br>vs.<br>John O'Bannon, in his official capacity as member of the Virginia State Board of Elections; Et Al.<br>Defendant/Respondent | Case No.: 25-1937<br><br>AFFIDAVIT OF SERVICE OF<br>Summons; Complaint; Civil Case Cover Sheet |

Received by **Jonathan Meador**, on the **19th day of November, 2025 at 9:04 AM** to be served upon **Tara Morgan** at **101 Kings Way, Hampton, Hampton City County, VA 23669**.
On the **19th day of November, 2025 at 9:05 AM**, I, Jonathan Meador, SERVED Tara Morgan at **City of Hampton, 22 Lincoln St FL 8, Hampton, Hampton City County, VA 23669** in the manner indicated below:

**SUBSTITUTE SERVICE**, by personally leaving **1** copy(ies) of the above-listed documents at his/her usual place of abode with **Andrea Atkinson**, who is 15 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

**THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:**
I delivered the documents to Andrea Atkinson who identified themselves as the assistant city attorney, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 80-120 lbs. Per compliance with special handling instructions., City Atty Courtney Syndor, was not available ~~Assistance~~ city Atty accepted on her behalf.
Assistant

Service Fee Total: **$0.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: Jonathan Meador     Server ID #: N/A     Date: NOV 20 2025

Notary Public: Subscribed and sworn before me on this 20th day of November in the year of 2025
Personally known to me _____ or _____ identified by the following document:

Number/Reference: 7511784
Type: _____
Notary Public for State of: Virginia
Commission Expiration: 6-30-27

Amanda Peabody
Notary Public (Legal Signature)

[Notary Seal: AMANDA GAYLE PENBERTHY, NOTARY PUBLIC, REG # 7511784, MY COMMISSION EXPIRES 6/30/2027, COMMONWEALTH OF VIRGINIA]

REF: 0091752.00014 D

Page 1 of 1
Tracking #: 0196052352

