Commonwealth of Virginia, Chesterfield General District Court

| | |
|---|---|
| **NAACP Virginia State Conference**<br>Plaintiff/Petitioner<br>vs.<br>**John O'Bannon, in his official capacity as member of the Virginia State Board of Elections; Et Al.**<br>Defendant/Respondent | Case No.: **25-1937**<br><br>AFFIDAVIT OF SERVICE OF<br>**Complaint; Summons; Civil Case Cover Sheet** |

Received by **Jonathan Meador**, on the **18th day of November, 2025 at 7:31 PM** to be served upon **Thomas Harmon IV** at **101 Kings Way, Hampton, Hampton City County, VA 23669**. On the **19th day of November, 2025 at 8:55 AM**, I, Jonathan Meador, SERVED Thomas Harmon IV at **22 Lincoln St 8th floor, Hampton, Hampton City County, VA 23669** in the manner indicated below:

**SUBSTITUTE SERVICE**, by personally leaving 1 copy(ies) of the above-listed documents at his/her usual place of abode with **Andrea Atkinson**, who is 15 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to Andrea Atkinson who identified themselves as the assistant city attorney, with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 80-120 lbs. Per compliance with special handling instructions., City Atty Courtney Syndor, was not available Assistance [Assistant] city Atty accepted on her behalf.

Service Fee Total: **$789.80**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: Jonathan Meador
Server ID #: N/A
Date: NOV 2 0 2025

Notary Public: Subscribed and sworn before me on this 20th day of November in the year of 2025
Personally known to me ✓ or _____ identified by the following document: _____

Notary Public (Legal Signature): Amanda Penberthy

Number/Reference: 7511784
Type: _____
Notary Public for State of: Virginia
Commission Expiration: 06-30-27

*[Notary seal: AMANDA GAYLE PENBERTHY, NOTARY PUBLIC, REG # 7511784, MY COMMISSION EXPIRES 6/30/2027, COMMONWEALTH OF VIRGINIA]*