## Return of Service

### UNITED STATES DISTRICT COURT
### Eastern District of Virginia

NAACP Virginia State Conference
  Plaintiff

Case Number: 25-1937

vs.

John O'Bannon, in His Official Capacity as Member
of the Virginia State Board of Elections, et al.
  Defendant

On behalf of:
Arnold & Porter
700 Louisiana Street, Suite 4000
Houston, TX 77002

Received by Cavalier to be served on Atoy B. Carrington at 810 Union St, Suite 100, Norfolk, VA 23510.

I, Angela Brown, being duly sworn, depose and say that on November 21, 2025 at or about 2:18 PM I served Cover Letter; Summons in a Civil Action & Complaint; Notice; Civil Cover Sheet with Exhibits 1-8 personally to Atoy B. Carrington at 6313 Glenoak Dr, Norfolk, VA 23513.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Angela Brown    Date: 11/24/25
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2025-152064