**Return of Service**

**UNITED STATES DISTRICT COURT**
**Eastern District of Virginia**

NAACP Virginia State Conference
   Plaintiff

Case Number: 25-1937

vs.

John O'Bannon, in His Official Capacity as Member
of the Virginia State Board of Elections, et al.
   Defendant

On behalf of:
Arnold & Porter
700 Louisiana Street, Suite 4000
Houston, TX 77002

Received by Cavalier to be served on Marianne T. McKay at 810 Union St, Suite 100, Norfolk, VA 23510.

I, Angela Brown, being duly sworn, depose and say that on November 21, 2025 at or about 1:20 PM I served Cover Letter; Summons in a Civil Action & Complaint; Notice; Civil Cover Sheet with Exhibits 1-8 personally to Robert Cramer as co-resident / husband of Marianne T. McKay at 4114 Pretty Lake Ave. Apt. B Norfolk, VA 23518, being of suitable age and discretion to accept service in the absence of Marianne T. McKay. Upon information and belief, 4114 Pretty Lake Ave. Apt. B Norfolk, VA 23518 is the usual place of abode of Marianne T. McKay.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Angela Brown     11/24/25
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2025-152067