**Return of Service**

**UNITED STATES DISTRICT COURT**
**Eastern District of Virginia**

NAACP Virginia State Conference
   Plaintiff

Case Number: 25-1937

vs.

John O'Bannon, in His Official Capacity as Member
of the Virginia State Board of Elections, et al.
   Defendant

On behalf of:
Arnold & Porter
700 Louisiana Street, Suite 4000
Houston, TX 77002

Received by Cavalier to be served on Stephanie Iles at 810 Union St, Suite 100, Norfolk, VA 23510.

I, Angela Brown, being duly sworn, depose and say that on November 24, 2025 at or about 1:00 PM I served Cover Letter; Summons in a Civil Action & Complaint; Notice; Civil Cover Sheet with Exhibits 1-8 personally to Stephanie Iles at Norfolk Office of Elections, 810 Union St Suite 100 Norfolk, VA 23510.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  11/24/25
Angela Brown                    Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2025-152069